AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  23 C 16856

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Jessica Vazquez** was recieved by me on **1/10/2024**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with **Nasim Vazquez**, a person of suitable age and discretion who resides at ███████████████████████████, on **01/17/2024 at 3:15 PM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 100.00 for services, for a total of $ 100.00.

I declare under penalty of perjury that this information is true.

Date:  01/17/2024

*Server's signature*

**Stephanie Jenkins**
*Printed name and title*

**400 Gates Rd
Woodbury, GA 30293**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Nasim Vazquez who identified themselves as the subject's spouse, co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired male contact 35-45 years of age, 5'6"-5'8" tall and weighing 160-180 lbs with an accent.**



Tracking #: **0122424724**



Civil Action No.   23 C 16856

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Lily Marston**
was recieved by me on  **1/10/2024**:

- [X] I personally served the summons on the individual at ▮▮▮▮▮▮▮▮▮▮ on **01/17/2024 at 12:03 PM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and $ 100.00 for services, for a total of $ 100.00.

I declare under penalty of perjury that this information is true.

Date:  01/17/2024

_____
*Server's signature*

**Luz Zuta**
*Printed name and title*

**742 Forest Park Boulevard Apt 316
Oxnard, CA 93036**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Lily Marston with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**



Tracking #: **0122422732**



Civil Action No.    23 C 16856

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Rebekah Day**
was recieved by me on  1/16/2024:

[X]  I personally served the summons on the individual at ███████████████ on 01/20/2024 at 12:03 PM; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]  I returned the summons unexecuted because ; or

[ ]  Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: 01/20/2024

_____
Server's signature

**Michael Wagner**
*Printed name and title*

**1024 BROOKSIDE DR
RAYMORE, MO 64083**

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents to Rebekah Day with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 25-35 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with piercings.**




Tracking #: 0122661867

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:23-CV-16856

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for    K█████ C█████
was recieved by me on  1/13/2024:

[X]  I personally served the summons on the individual at ███████████████████████ on 01/20/2024 at 7:59 PM; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]  I returned the summons unexecuted because ; or

[ ]  Other *(specify)*

My fees are $ 0 for travel and $ 85.00 for services, for a total of $ 85.00.

I declare under penalty of perjury that this information is true.

Date:  01/21/2024

_____
Server's signature

**Peter Constantine**
*Printed name and title*

**1810 Ashborough Rd SE Apt D**
**Marietta, GA 30067**

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents to Krista L. Carter with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a dyed-haired white female contact 25-35 years of age, 5'8"-5'10" tall and weighing 80-120 lbs.**




Tracking #: 0122677401