IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEANNETE BRAUN, BRAUN IP LAW, LLC, & LAUREN PROPSON,<br><br>    Plaintiffs,<br><br>v.<br><br>REBEKAH M. DAY NEE BOX, KC THE OWNER & OPERATOR OF THE ONLINE SOCIAL MEDIA ACCOUNT @CAFFINATEDKITTI, LILY MARSTON, & JESSICA VAZQUEZ<br><br>    Defendants. | Case No. 23 C 16856 |

## DEFENDANTS REBEKAH M. DAY, KC THE OWNER & OPERATOR OF THE ONLINE SOCIAL MEDIA ACCOUNT @CAFFINATEDKITTI, LILY MARSTON AND JESSICA VAZQUEZ DISCLOSURE STATEMENT

Defendants Rebekah M. Day, KC The Owner & Operator of the Online Social Media Account @CAFFINATEDKITTI, Lily Marston and Jessica Vazquez (together, "Defendants") by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1 hereby discloses the following list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

  Defendant Rebekah M. Day is a citizen of the State of Missouri;

  Defendant KC The Owner & Operator of the Online Social Media Account @CAFFINATEDKITTI is a citizen of the State of Georgia;

  Defendant Jessica Vazquez is a citizen of the State of Georgia; and

  Defendant Lily Marston is a citizen of the State of California.

Dated: February 9, 2024            Respectfully Submitted,

    *s/    Amy Doig*
Attorney for Defendants

Amy M. Doig
COZEN O'CONNOR
123 N. Wacker Dr., Suite 1800
Chicago, Illinois 60606
(312) 474-7900
adoig@cozen.com

*s/    Brandon J. Witkow*
Attorney for Defendants

Brandon J. Witkow [pro hac vice to be filed]
WITKOW | BASKIN
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
(818) 296-9508
bw@witkowlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was filed and served on all counsel of record noted below via the CM/ECF system of the United States District Court of the Northern District of Illinois.

Benjamin C.R. Lockyer
Lockyer Law LLC
100 N. Riverside Plaza, Suite 2400
Chicago, Illinois 60606
ben@lockyerlaw.com

*Attorney for Plaintiffs*

Dated: February 9, 2024                              /s/ *Amy Doig* _____
                                                                      Amy Doig