**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Jeanette Braun, et al. v. Rebekah M. Day et al.

Case Number: 2023-CV-16856

An appearance is hereby filed by the undersigned as attorney for: Defendants Rebekah M. Day, KC @CaffinatedKitti, Lily Marston, and Jessica Vazquez

Attorney name (type or print): Brandon J. Witkow
Firm: witkow \ baskin
Street address: 21031 Ventura Blvd., Suite 700
City/State/Zip: Woodland Hills, CA 91364

Bar ID Number: 210443
(See item 3 in instructions)

Telephone Number: 818.296.9508

Email Address: bw@witkowlaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | X | |
| Are you a member of the court's general bar? | | X |
| Are you a member of the court's trial bar? | | X |
| Are you appearing *pro hac vice*? | X | |
| If this case reaches trial, will you act as the trial attorney? | X | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 12, 2024

Attorney signature:   S/ Brandon J. Witkow
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023