**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JEANNETE BRAUN, BRAUN IP LAW, LLC, & LAUREN PROPSON, <br><br> Plaintiffs, <br><br> v. <br><br> REBEKAH M. DAY NEE BOX, KC THE OWNER & OPERATOR OF THE ONLINE SOCIAL MEDIA ACCOUNT @CAFFINATEDKITTI, LILY MARSTON, & JESSICA VAZQUEZ <br><br><br><br> Defendants. | Case No. 23 C 16856 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

NOW COMES, Rebekah M. Day, KC The Owner & Operator of the Online Social Media Account @CAFFINATEDKITTI, Lily Marston and Jessica Vazquez (together, "Defendants"), by and through its undersigned counsel, and files this *Unopposed Motion for Extension of Time for Defendants to Respond to the Complaint.* In support of its motion, Defendants state as follows:

1. Plaintiffs Jeannette Braun, Braun IP Law, LLC and Lauren Propson (together, "Plaintiffs") filed their Complaint [Dkt. 1-1] in this Court on December 15, 2023.

2. Defendant Rebekah M. Day was served with a copy of the Summons and Complaint in this lawsuit on January 20, 2024, and thus her responsive pleading is due on or before February 10, 2024.

3. Defendant KC The Owner & Operator of the Online Social Media Account @CAFFINATEDKITTI was served with a copy of the Summons and Complaint in this lawsuit on January 20, 2024, and thus her responsive pleading is due on or before February 10, 2024.

4. Defendant Lily Marston was served with a copy of the Summons and Complaint in this lawsuit on January 17, 2024, and thus her responsive pleading is due on or before February 7, 2024.

5. Defendant Jessica Vazquez was served with a copy of the Summons and Complaint in this lawsuit on January 17, 2024, and thus her responsive pleading is due on or before February 7, 2024.

6. Defendants represent that this request for extension is made in good faith in order to adequately respond to the allegations in Plaintiffs' Complaint and not for purposes of delay.

7. Defendants have conferred in good faith with Plaintiffs' Counsel regarding this Motion for Extension of Time, and Plaintiffs agree to this Motion for Extension of Time and do not oppose the requested relief.

8. No prior extensions have been requested or granted in this matter for any reason.

**WHEREFORE**, Defendants respectfully request that this Court enter an order extending the time for all Defendants to file an answer or other responsive pleading, up to and including February 29, 2024.

*[signatures on following page]*

Dated: February 12, 2024       Respectfully Submitted,


  *s/*     *Amy Doig*
Attorney for Defendants

Amy M. Doig
COZEN O'CONNOR
123 N. Wacker Dr., Suite 1800
Chicago, Illinois 60606
(312) 474-7900
adoig@cozen.com

*s/*     *Brandon J. Witkow*
Attorney for Defendants

Brandon J. Witkow [pro hac vice to be filed]
WITKOW | BASKIN
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
(818) 296-9508
bw@witkowlaw.com

*Attorneys for Defendants*

3

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the foregoing document was filed and served on all counsel of record noted below via the CM/ECF system of the United States District Court of the Northern District of Illinois.

Benjamin C.R. Lockyer
Lockyer Law LLC
100 N. Riverside Plaza, Suite 2400
Chicago, Illinois 60606
ben@lockyerlaw.com

*Attorney for Plaintiffs*

Dated: February 5, 2024                     /s/ *Amy Doig*
                                            Amy Doig