# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jeanette Braun, et al.

                Plaintiff,

v.

Rebekah M Day, et al.

                Defendant.

Case No.: 1:23−cv−16856
Honorable Mary M. Rowland

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 13, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed Defendants' unopposed motion for extension of time [16]. Defendants' motion is granted. Defendants shall answer or file a responsive pleading by 2/29/24. The deadline of 2/28/24 for parties to file a joint initial status report [5] is reset to 3/21/24. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.