# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jeanette Braun, et al.

                            Plaintiff,

v.                                          Case No.: 1:23−cv−16856
                                            Honorable Mary M. Rowland

Rebekah M Day, et al.

                            Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 27, 2024:

   MINUTE entry before the Honorable Mary M. Rowland: Plaintiffs have established [9], at least for pleading purposes, that there is complete diversity. Thus, Plaintiffs have complied with this Court's order [6] requiring a jurisdictional supplement as to subject matter jurisdiction. Joint initial status report remains due 3/21/24. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.