**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JEANNETE BRAUN, BRAUN IP LAW, LLC, & LAUREN PROPSON, | ) ) | |
| Plaintiffs, | ) ) | Case No. 23 C 16856 |
| v. | ) ) | |
| REBEKAH M. DAY NEE BOX, KC THE OWNER & OPERATOR OF THE ONLINE SOCIAL MEDIA ACCOUNT @CAFFINATEDKITTI, LILY MARSTON, & JESSICA VAZQUEZ | ) ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

**DEFENDANT KC THE OWNER & OPERATOR OF THE ONLINE SOCIAL MEDIA ACCOUNT @CAFFINATEDKITTI'S SPECIAL MOTION TO STRIKE PURSUANT TO O.C.G.A. § 9-11-11.1, OR, IN THE ALTERNATIVE, MOTION TO DISMISS <u>PURSUANT TO FED. R. CIV. PROC. 12(B)(6) & 12(B)(3)</u>**

Pursuant to O.C.G.A. § 9-11-11.1, or, in the alternative, Federal Rules of Civil Procedure 12(b)(6) and 12(b)(3), and for the reasons stated in the attached memorandum in support, Defendant KC The Owner & Operator of the Online Social Media Account @CAFFINATEDKITTI ("Defendant") respectfully requests that this Court strike and/or dismiss Plaintiffs Lauren Propson, Jeannette Braun and Braun IP Law, LLC's Complaint against her.

*[signatures on following page]*

Dated: February 29, 2024     Respectfully Submitted,


_s/  Brandon J. Witkow_____
Attorney for Defendants

Brandon J. Witkow [pro hac vice]
WITKOW | BASKIN
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
(818) 296-9508
bw@witkowlaw.com

_s/  Amy Doig_____
Attorney for Defendants

Amy M. Doig
COZEN O'CONNOR
123 N. Wacker Dr., Suite 1800
Chicago, Illinois 60606
(312) 474-7900
adoig@cozen.com

_Attorneys for Defendants_

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was filed and served on all counsel of record noted below via the CM/ECF system of the United States District Court of the Northern District of Illinois.

Benjamin C.R. Lockyer
Lockyer Law LLC
100 N. Riverside Plaza, Suite 2400
Chicago, Illinois 60606
ben@lockyerlaw.com

***Attorney for Plaintiffs***

Dated: February 29, 2024                    /s/ *Brandon J. Witkow* _____
                                            Brandon J. Witkow