IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEANNETE BRAUN, BRAUN IP LAW, LLC, & LAUREN PROPSON,<br><br>                Plaintiffs,<br>v.<br><br>REBEKAH M. DAY NEE BOX, KC THE OWNER & OPERATOR OF THE ONLINE SOCIAL MEDIA ACCOUNT @CAFFINATEDKITTI, LILY MARSTON, & JESSICA VAZQUEZ,<br><br>                Defendants. | Case No. 23 C 16856 |

**DEFENDANT REBEKAH M. DAY NEE BOX' MOTION TO DISMISS PURSUANT TO FED. R. CIV. PROC. 12(B)(6)**

Pursuant to Federal Rules of Civil Procedure 12(b)(6), and for the reasons stated in the attached memorandum in support, Defendant Rebekah M. Day Nee Box ("Defendant") respectfully requests that this Court dismiss Plaintiffs Jeannette Braun, Braun IP Law, LLC and Lauren Propson's Complaint against her.

*[signatures on following page]*

Dated: February 29, 2024 Respectfully Submitted,

*s/        Brandon J. Witkow*
Attorney for Defendants

Brandon J. Witkow [pro hac vice]
WITKOW | BASKIN
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
(818) 296-9508
bw@witkowlaw.com

 *s/        Amy Doig*
Attorney for Defendants

Amy M. Doig
COZEN O'CONNOR
123 N. Wacker Dr., Suite 1800
Chicago, Illinois 60606
(312) 474-7900
adoig@cozen.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the foregoing document was filed and served on all counsel of record noted below via the CM/ECF system of the United States District Court of the Northern District of Illinois.

Benjamin C.R. Lockyer
Lockyer Law LLC
100 N. Riverside Plaza, Suite 2400
Chicago, Illinois 60606
ben@lockyerlaw.com

*Attorney for Plaintiffs*

Dated: February 29, 2024  /s/ *Brandon J. Witkow* _____
         Brandon J. Witkow