# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jeanette Braun, et al.

                Plaintiff,

v.

Rebekah M Day, et al.

                Defendant.

Case No.: 1:23−cv−16856
Honorable Mary M. Rowland

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 1, 2024:

    MINUTE entry before the Honorable Mary M. Rowland: Responses to Defendants KC, Marston, and Vazquez's motion to strike and in the alternative dismiss [21]; [25]; and Defendant Day's motion to dismiss [23] are due 4/1/24 and replies are due 4/15/24. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.