# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JEANNETE BRAUN, BRAUN IP LAW, LLC, & LAUREN PROPSON, <br><br> Plaintiffs, <br><br> v. <br><br> REBEKAH M. DAY NEE BOX, KC THE OWNER & OPERATOR OF THE ONLINE SOCIAL MEDIA ACCOUNT @CAFFINATEDKITTI, LILY MARSTON, & JESSICA VAZQUEZ <br><br> Defendants. | Case No. 23 C 16856 |

## JOINT MOTION FOR EXTENSION OF TIME
## TO FILE JOINT STATUS REPORT TO MARCH 28, 2024

NOW COMES, the Parties, Jeanette Braun, Braun IP Law LLC, and Lauren Propson ("Plaintiff's) and Rebekah M. Day, KC The Owner & Operator of the Online Social Media Account @CAFFINATEDKITTI, Lily Marston, and Jessica Vazquez (together, the "Defendants"; and collectively with Plaintiffs, "the Parties"), by and through their attorneys file this Joint Motion for Extension of Time to File their Join Status Report. In support of the motion, the Parties state as follows:

1. On February 27, 2024, this Court ordered the Parties to provide a Joint Status Report regarding the status of the case no later than March 21, 2024.

2. On March 14, 2024, the Parties engaged in a meeting regarding the content and preparation of the Joint Status Report. During this meeting, Plaintiffs informed the Defendants of their intent to file a motion to amend their complaint pursuant to Federal Rule of Civil Procedure 15 (the "Amended Complaint").

3. To preserve judicial resources and to efficiently determine how much time Defendants require to evaluate the amendments, and file their Answer or other response to the Amended Complaint, the Parties request that this Court grant this motion to extend the deadline for filing the Joint Status Report by one week, from March 21, 2024 to March 28, 2024.

4. The requested extension of the deadline will permit time for the Plaintiffs to prepare and file their Amended Complaint and for the Defendants to review the amendments. In the event that Defendants intend to file Motions to Strike and/or Dismiss the Amended Complaint (the "Motions") (which is likely), the requested extension will also give the parties time to meet and confer on an appropriate briefing schedule for the Motions to present to the Court in the Joint Status Report.

5. The Parties represent that this request for extension is made in good faith in order for the parties to timely address all issues required by this Court's Order re Initial Status Report based on the to-be-filed Amended Complaint and not for purposes of delay.

**WHEREFORE**, Defendants respectfully request that this Court enter an order extending the time for the Parties to submit their Joint Status Report to March 28, 2024.

Dated: March 21, 2024                    Respectfully Submitted,

*s/    Benjamin Lockyer*

Benjamin C.R. Lockyer
Lockyer Law LLC
100 N. Riverside Plaza, Suite 2400
Chicago, Illinois 60606
ben@lockyerlaw.com

*Attorney for Plaintiffs*

*s/    Brandon J. Witkow*
Attorney for Defendants

Brandon J. Witkow [pro hac vice]
WITKOW | BASKIN
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
(818) 296-9508
bw@witkowlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was filed and served on all counsel of record noted below via the CM/ECF system of the United States District Court of the Northern District of Illinois.

Benjamin C.R. Lockyer
Lockyer Law LLC
100 N. Riverside Plaza, Suite 2400
Chicago, Illinois 60606
ben@lockyerlaw.com

*Attorney for Plaintiffs*

Amy M. Doig
COZEN O'CONNOR
123 N. Wacker Dr., Suite 1800
Chicago, Illinois 60606
(312) 474-7900
adoig@cozen.com

Brandon J. Witkow
WITKOW | BASKIN
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
(818) 296-9508
bw@witkowlaw.com

*Attorneys for Defendants*

Dated: March 21, 2024                                          *Benjamin Lockyer*