UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

Jeanette Braun, et al.
                        Plaintiff,

v.                                               Case No.: 1:23−cv−16856
                                                          Honorable Mary M. Rowland

Rebekah M Day, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 22, 2024:

        MINUTE entry before the Honorable Mary M. Rowland: The parties' joint extension of time [28] is granted. Parties to file a joint initial status report on 3/28/24. In light of the Amended Complaint, Defendants' motions to dismiss [21]; [23]; [25] are denied as moot. Defendants to file an answer or responsive pleading to Plaintiff's first amended complaint [29] on 4/22/24. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.