# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jeanette Braun, et al.

                         Plaintiff,

v.                                                 Case No.: 1:23−cv−16856
                                                 Honorable Mary M. Rowland

Rebekah M Day, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 1, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: The court has reviewed the status report. [32] The court is not inclined to stay discovery pending Rule 12 briefing or anti−SLAPP briefing. In person status hearing set for 4/17/24 at 1:30 PM. Out of town counsel may attend via telephone. Out of town counsel should call 866−434−5269; access code 3751971. Parties should be prepared to set discovery deadlines. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.