UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Jeanette Braun, et al.
                        Plaintiff,

v.                                                            Case No.: 1:23–cv–16856
                                                                  Honorable Mary M. Rowland

Rebekah M Day, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 4, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: Individuals have been sending emails to the court staff. They should understand that the court ONLY considers information that is submitted by the parties on the court docket. Materials submitted via email are not considered or stored. That is because it is not made part of the public record and the parties have not had an opportunity to respond to it. That material is summarily deleted. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.