# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JEANNETE BRAUN, BRAUN IP LAW, LLC, & LAUREN PROPSON, <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>REBEKAH M. DAY NEE BOX, KC THE OWNER & OPERATOR OF THE ONLINE SOCIAL MEDIA ACCOUNT @CAFFINATEDKITTI, LILY MARSTON, & JESSICA VAZQUEZ <br><br><br><br>　　　　　Defendants. | Case No. 23 C 16856 |

**DEFENDANT KC THE OWNER & OPERATOR OF THE ONLINE SOCIAL MEDIA ACCOUNT @CAFFINATEDKITTI'S MOTION FOR LEAVE TO EXCEED 15-PAGE LIMIT FOR MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF HER SPECIAL MOTION TO STRIKE PURSUANT TO O.C.G.A. § 9-11-11.1, OR, IN THE ALTERNATIVE, MOTION TO DISMISS PURSUANT TO FED. R. CIV. PROC. 12(B)(6) & 12(B)(3)**

NOW COMES, KC The Owner & Operator of the Online Social Media Account @CAFFINATEDKITTI ("Defendant"), by and through her undersigned counsel, and hereby seeks leave to exceed the 15-page limit for her Memorandum in Support of the Defendant's Special Motion to Strike Pursuant to O.C.G.A. § 9-11-11.1, or, in the alternative, Motion to Dismiss Pursuant to Fed. R. Civ. Proc. Rules 12(b)(6) and Rule 12(b)(3) (the "Memorandum"). In support of her motion, Defendant states as follows:

1. Unless otherwise authorized by the Court, Local Rule 7.1 and this Court's Standing Order on Memoranda of Law limit memoranda to fifteen pages. To preserve judicial economy and avoid redundancy, and pursuant to Fed. R. Civ. P. 12(g)(2), Defendant has combined her Special Motion to Strike (Anti-SLAPP) pursuant to O.C.G.A. § 9-11-11.1, and

Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(3) into one omnibus motion (collectively, the "Motions"). See *Satkar Hospitality, Inc. v. Cook County Board of Review*, No. 10 C 6682, 2011 U.S. Dist. LEXIS 61554, at *10 (N.D. Ill. June 2, 2011) (stating that Rule 12(g) contemplates presentation of omnibus pre-answer motion in which defendant advances all Rule 12 defenses).[1]

2. If filed separately, the memoranda in support of the Motions would have similar and largely overlapping introductions and fact recitations. Combined, the omnibus Memorandum is 28 pages long.

3. Good cause exists for extending the page limitation. Three separate Plaintiffs (Plaintiff Lauren Propson, Plaintiff Jeannette Braun & Plaintiff Braun IP Law, LLC) have asserted five separate claims against Defendant (10 claims total) arising from multiple sets of allegedly tortious statements uttered during two separate Tik Tok videos. These claims implicate numerous defenses including the Georgia anti-SLAPP statute, several First Amendment defenses applicable to the defamation per se and false light/trade libel claims, and, as to Propson only, improper venue.

4. This Court previously granted Defendant's motion for leave to exceed the 15-page limit in conjunction with Defendant's Motions as to the original Complaint [Docket #19].

5. Defendant has worked to keep her Memorandum at a reasonable length given the breadth of Plaintiffs' claims and the scope of Defendant's multiple defenses, but they require an additional 13 pages to adequately brief the Court on all of the Motions. The proposed Memorandum is attached to this motion as Exhibit 1.

---

[1] An anti-SLAPP motion based on state statute constitutes a Rule 12(b) motion. *Satkar Hospitality*, 2011 U.S. Dist. LEXIS 61554, at *10-11.

For the foregoing reasons, Defendant respectfully requests that this Court grant her leave to exceed the page limitation for their Memorandum in support of her combined Motions and direct that the Memorandum may be filed separately upon the granting of this motion.

Dated: April 15, 2024               Respectfully Submitted,

*s/     Brandon J. Witkow*
Attorney for Defendants

Brandon J. Witkow [pro hac vice]
WITKOW | BASKIN
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
(818) 296-9508
bw@witkowlaw.com

 *s/     Amy Doig*
Attorney for Defendants

Amy M. Doig
COZEN O'CONNOR
123 N. Wacker Dr., Suite 1800
Chicago, Illinois 60606
(312) 474-7900
adoig@cozen.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was filed and served on all counsel of record noted below via the CM/ECF system of the United States District Court of the Northern District of Illinois.

Benjamin C.R. Lockyer
Lockyer Law LLC
100 N. Riverside Plaza, Suite 2400
Chicago, Illinois 60606
ben@lockyerlaw.com

***Attorney for Plaintiffs***

Dated: April 15, 2024 /s/ *Brandon J. Witkow*
Brandon J. Witkow