# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jeanette Braun, et al.

                Plaintiff,

v.                                                 Case No.: 1:23−cv−16856

                                                                         Honorable Mary M. Rowland

Rebekah M Day, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 17, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: Status hearing held. Defendant KC motion to strike or in the alternative dismiss is to be filed as a separate docket entry. The plaintiffs' responses to any motion to dismiss file are due by 5/22/24 and any replies are due by 6/12/2024. Rule 26(a)(1) initial disclosures are due by 5/24/2024; written discovery may be served beginning 8/26/2024. Oral discovery is stayed. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.