IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEANNETE BRAUN, BRAUN IP LAW, LLC, & LAUREN PROPSON, <br><br>                        Plaintiffs, <br><br>v. <br><br>REBEKAH M. DAY NEE BOX, KC THE OWNER & OPERATOR OF THE ONLINE SOCIAL MEDIA ACCOUNT @CAFFINATEDKITTI, LILY MARSTON, & JESSICA VAZQUEZ <br><br><br><br>                        Defendants. | Case No. 23 C 16856 |

**DEFENDANT KC THE OWNER & OPERATOR OF THE ONLINE SOCIAL MEDIA ACCOUNT @CAFFINATEDKITTI'S SPECIAL MOTION TO STRIKE PURSUANT TO O.C.G.A. § 9-11-11.1, OR, IN THE ALTERNATIVE, MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FED. R. CIV. PROC. 12(B)(6) & 12(B)(3)**

Pursuant to O.C.G.A. § 9-11-11.1, or, in the alternative, Federal Rules of Civil Procedure 12(b)(6) and 12(b)(3), and for the reasons stated in the attached memorandum in support, Defendant KC The Owner & Operator of the Online Social Media Account @CAFFINATEDKITTI ("Defendant") respectfully requests that this Court strike and/or dismiss Plaintiffs Lauren Propson, Jeannette Braun and Braun IP Law, LLC's Amended Complaint against her.

*[signatures on following page]*

Dated: April 22, 2024						Respectfully Submitted,


								*s/	Brandon J. Witkow*
								Attorney for Defendants

								Brandon J. Witkow [pro hac vice]
								WITKOW | BASKIN
								21031 Ventura Boulevard, Suite 700
								Woodland Hills, California 91364
								(818) 296-9508
								bw@witkowlaw.com

								 *s/	Amy Doig*
								Attorney for Defendants

								Amy M. Doig
								COZEN O'CONNOR
								123 N. Wacker Dr., Suite 1800
								Chicago, Illinois 60606
								(312) 474-7900
								adoig@cozen.com

								*Attorneys for Defendants*

2

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the foregoing document was filed and served on all counsel of record noted below via the CM/ECF system of the United States District Court of the Northern District of Illinois.

Benjamin C.R. Lockyer
Lockyer Law LLC
100 N. Riverside Plaza, Suite 2400
Chicago, Illinois 60606
ben@lockyerlaw.com

*Attorney for Plaintiffs*

Dated: April 22, 2024 /s/ *Brandon J. Witkow*
Brandon J. Witkow