**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JEANNETE BRAUN, BRAUN IP LAW, LLC, & LAUREN PROPSON, | ) ) | |
| Plaintiffs, | ) ) | Case No. 23 C 16856 |
| v. | ) ) | |
| REBEKAH M. DAY NEE BOX, KC THE OWNER & OPERATOR OF THE ONLINE SOCIAL MEDIA ACCOUNT @CAFFINATEDKITTI, LILY MARSTON, & JESSICA VAZQUEZ | ) ) ) ) ) ) | |
| | ) ) ) | |
| Defendants. | ) | |

**DEFENDANT KC THE OWNER & OPERATOR OF THE ONLINE SOCIAL MEDIA ACCOUNT @CAFFINATEDKITTI'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SPECIAL MOTION TO STRIKE PURSUANT TO O.C.G.A. § 9-11-11.1, OR, IN THE ALTERNATIVE, MOTION TO DISMISS PURSUANT TO FED. R. CIV. PROC. 12(B)(6) & 12(B)(3)**

NOW COMES, KC The Owner & Operator of the Online Social Media Account @CAFFINATEDKITTI ("Defendant"), by and through her undersigned counsel, and hereby requests, pursuant to Federal Rule of Evidence 201, that the Court take judicial notice of the following exhibits attached hereto referenced in support of her Special Motion to Strike Pursuant to O.C.G.A. § 9-11-11.1, or, in the alternative, Motion to Dismiss Pursuant to Fed. R. Civ. Proc. Rules 12(b)(6) and Rule 12(b)(3) (the "Memorandum"):

Exhibit 1:    A certified transcription of the October 24, 2023 Tik Tok Post located at https://www.tiktok.com/@caffinatedkitti/video/7293290351555513642.

Exhibit 2:    A certified transcription of the November 21 and 25, 2023 Tik Tok Posts located at https://www.tiktok.com/@caffinatedkitti/video/7304065297856613675?lang=en.

Under Federal Rule of Evidence 201(b)(2), "[a] judicially noticed fact must be one not subject to reasonable dispute in that it is . . . capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." See Fed. R. Evid. 201(b)(2). This court considered transcripts of television shows and a podcast on which defendants made alleged defamatory statements in ruling on the sufficiency of the complaint, holding that "[w]hile courts normally do not consider such extrinsic evidence without converting a motion to dismiss into one for summary judgment, where a document is referenced in the complaint and central to plaintiff's claims, the Court may consider it in ruling on the motion to dismiss." *Osundairo v. Geragos,* 447 F.Supp.3d 727, 738 (N.D. Ill. 2020) "This standard is met in the present case where Plaintiffs explicitly refer to these media appearances in their Complaint and the very statements at issue were made by Defendants during these media appearances." *Id.* Because Plaintiffs explicitly refer to the Tik Tok Posts referenced above in the Complaint and the very statements at issue were allegedly made by KC in them, the Court should consider the transcript when determining the sufficiency of the Complaint.

*[signatures on following page]*

Dated: April 22, 2024                    Respectfully Submitted,


                                         s/        *Brandon J. Witkow*
                                         Attorney for Defendants

                                         Brandon J. Witkow [pro hac vice]
                                         WITKOW | BASKIN
                                         21031 Ventura Boulevard, Suite 700
                                         Woodland Hills, California 91364
                                         (818) 296-9508
                                         bw@witkowlaw.com


                                         s/        *Amy Doig*
                                         Attorney for Defendants

                                         Amy M. Doig
                                         COZEN O'CONNOR
                                         123 N. Wacker Dr., Suite 1800
                                         Chicago, Illinois 60606
                                         (312) 474-7900
                                         adoig@cozen.com

                                         *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was filed and served on all counsel of record noted below via the CM/ECF system of the United States District Court of the Northern District of Illinois.

Benjamin C.R. Lockyer
Lockyer Law LLC
100 N. Riverside Plaza, Suite 2400
Chicago, Illinois 60606
ben@lockyerlaw.com

***Attorney for Plaintiffs***

Dated: April 22, 2024                    /s/ *Brandon J. Witkow*
                                         Brandon J. Witkow

**Exhibit 1**

# Vanan Online Services

| | |
|---|---|
| File Name: | https://www.tiktok.com/@caffinatedkitti/video/7293290351555513642 |
| Number of Speakers: | 1 |
| Length of file: | 00:05:14 |
| Audio Category<br>List volume, accent, N/N speakers. | |
| Any Comments (e.g. times of recording not needing transcription, etc. e.g.; (off the record conversation) | Verbatim: Yes  Time codes: No<br><br>Speaker ID: No |
| Any Problems with Recording (e.g. background noise, static, etc. | |
| Unusual Words or Terms: Must be completed<br>(e.g. abbreviations, Company Names, Names of people or places, technical jargon | |
| Transcriber: | |
| QA/QC<br><br>Comments | |

**Business Email:** Support@vananservices.com
**Website:** www.vananservices.com
**Phone Number: 866-221-3843**



# Vanan Online Services

Lauren the mortician is a terf. I have receipts, I have deets and you should just go ahead and take a seat. People notice that she was on her Instagram following a bunch of red adjacent folk, but in particular one that basically is a gay man's Tucker Carlson. And not only was she following him, but she was actively liking incredibly transphobic and hateful rhetoric and content.

So as you can see here, I decided to make a fun and helpful little list of all of the different videos I caught her liking. So as you can see, it's interactive. Which one of you from -- You touch, her name goes to her page. That's definitely her. And you got all these examples. Mm-Hmm. The bottom half of the list includes "it's giving red pill era girly" where she was liking other things that sounded very conspiracy theory and very America first and very I voted for Trump.

But she just said she was bisexual herself and of course she supports LGBTQ and women's rights. Yes, very interesting wording in that little acknowledgement of the rumors video. One, not acknowledging the actual question being asked, which was what she found so likable about incredibly transphobic content, but two, trying to divert the attention by saying she is just pro LGBTQ and bisexual, as if that is some kind of hall pass that prevents her from being prejudice to other sub-genres of the rainbow. Just like any other person can be, biphobic, bi people can be transphobic.

But these are her beliefs and her beliefs are, are her own and we shouldn't be trying to cancel her for just having a different opinion than us. Interesting take, that one, I personally disagree with, but actually I'm just trying to help her live her truth.

As she stated, she wants to live her truth and speak her truth. So I'm trying to get her to just go ahead and speak that truth because conveniently blocking and covering up and filtering out comments that are asking keywords regarding this particular issue is not living your truth, girly pop. If her beliefs are her beliefs, she should be allowed to, uh, express them. But clearly she's afraid to because she knows the vast majority of her audience that she's desperate to get the validation of at all times will not appreciate it. That's why she's blocking everyone who asks about it or otherwise filtering and deleting those comments.

If you are guiltless, then you should not be afraid of the question. That's why the other controversy she's got going on right now are ones that she is willing to try to banter a little bit in her comments with are all ones that have harder to prove situations or are otherwise more lace based off of conjecture. This is why I encourage people to ask her just this direct question, what is so likable about this guy's content? What is so likable about a video that specifically and explicitly says that this gay man isn't worried about the Floridian laws or any of that because he's not like us. He's a "normal person" who doesn't believe in mutilating children. Personally, I don't really know about about that. I think that a cat looking at a mouse wearing cat ears and meowing would see that it is still just a mouse.

Clearly you're a hateful person who just is mad that she's popular and has a bigger following than you and you just wanna tear another woman down. You might say, but you're incorrect. The truth of the matter is, the only reason I'm saying anything about it is because I'm getting confused for

**Business Email:**Support@vananservices.com
**Website:**www.vananservices.com
**Phone Number: 866-221-3843**



# Vanan Online Services

her in multiple different threads over the weekend that people are talking about creators that are coming out with controversy or bad vibes. I'm getting tagged because people are talking about "the Beetlejuice lady" and other people are being like, Who are you talking about Kitty? And to those who are like correcting this, I do appreciate you, not because I'm afraid of getting hate, I just prefer accuracy. If people are going to dislike me, can you at least dislike me for something I actually say or do?

And I don't even have the middle school mindset of she's copying me. I'm sure she will claim that she didn't even know who I was and had nothing to do with me, et cetera. It was just a matter of co-wink-we-dance and that's fine. My concern was that, A, people would claim I was copying her just because they heard it from her first as a larger creator and statistics or two, she would inevitably do something that gets herself in some hot water and people remember like gimmicks better than they remembered names. And so the Beetlejuice thing would be brought up and people would get as confused and lo and behold, like most things I'm right, just not Lauren's kind of right. If you know what I mean.

And on that note, and this is conjecture, but I mean if it were the case that it was copying, it wouldn't be the first time. A morbid minute is absolutely from Caitlin Doughty or ask a mortician. And as somebody in the like funeral space, it's a very niche content creation sub-genre. She has no reason to not know that. I've never seen her acknowledge Caitlin in terms of the morbid minute coming from her, but I mean, I'll just point that out.

Anyway, here is my URLs in my research. It's all relatively recent. I only went back as far as April. And all I ask from this is that when you see people trying to cancel Lauren or talk about the Beetlejuice lady, you just make sure that they know it's not me. Unless it's something about traumatizing men in which, yes, that is me. That is what I'm kind of known for. Okay, thanks. Bye.

**Business Email:** Support@vananservices.com
**Website:** www.vananservices.com
**Phone Number: 866-221-3843**

**Exhibit 2**

# Vanan Online Services

| | |
|---|---|
| File Name: | https://www.tiktok.com/@caffinatedkitti/video/7304065297856613675?lang=en |
| Number of Speakers: | 1 |
| Length of file: | 00:09:58 |
| Audio Category List volume, accent, N/N speakers. | |
| Any Comments (e.g. times of recording not needing transcription, etc. e.g.; (off the record conversation) | Verbatim: Yes  Time codes: No  Speaker ID: No |
| Any Problems with Recording (e.g. background noise, static, etc. | |
| Unusual Words or Terms: Must be completed (e.g. abbreviations, Company Names, Names of people or places, technical jargon | |
| Transcriber: | |
| QA/QC Comments | |

**Business Email:** Support@vananservices.com
**Website:** www.vananservices.com
**Phone Number: 866-221-3843**



# Vanan Online Services

A sizable content creator on this app has apparently hired an attorney to threaten me with all manner of legal actions. And I need to come on here and set the record straight because it's not only a problem online, but it has crossed over into my real life because seriously this attorney sent the police to my front door in a "wellness check." But I take that to be a very clear threat of doxing.

But the thing is, is that I am a villain life coach. So that's certainly the first problem for them, that I'm going to be true to myself and my brand by giving them a very similar energy back in response to this ridiculous situation that they've created. Let me preface this by saying that the content and the things I'm about to show and tell are all for the purposes of critique, commentary, parity, satire, and a recitation of the facts. And any names utilized in my little addressing of the situation are only names that have been part of their public profile that they promote, as of this video of course.

So when this first started to the attorney, I didn't think that it was actually someone Lauren hired. I thought that's such a bad PR move. And so when I got the sudden copyright infringement strikes on my other two platforms, specifically regarding a video that featured clips of Lauren and clips of me in a comparative format to explain and address why anybody would ever confuse us, which is the only reason I ever made a piece on Lauren because people were like, how could anybody get you too confused? You look nothing alike.

And I'm like, thank baphomet on that one, but this is the context. And it was created by someone else who gave me permission to repost it. So when it got copyrighted I was like, hmm, that's definitely not from the person who made it. And then I looked at the name of the attorney associated with the copyright strike and I recognized it from just very earlier before where someone had reached out to me asking if I had gotten anything similar to something they got after they sent an email to Lauren for just a singular private email as far as they told me and they got an absolutely unhinged response from someone claiming to be her attorney and this was the same person.

So like I said, I thought Jeanette had just gone rogue and not been actually hired. So I reached out to her to clarify and ask like I have it on good authority that you are representing Lauren with this specific video. Uh, so I gotta ask like, are you her actual counsel like hired? Because if you're not and I make a video on this, this is gonna look bad for you and Lauren like it just will. And I just wanna be sure because clarity is important to me and for the audience's perspective, it's very important to me that you guys know that I am way too competitive to be wrong so easily. And it is such a bizarre copyright infringement strike because going above and beyond the like clip to clip comparison, she's also claiming that a screenshot of a comment Lauren made on her page equals copywritten material that is infringed upon and like literally just the picture of Lauren's public Instagram that was in that video because I was showing the live screen recording of bouncing around to prove like, yes, this is her page. Yes, she's liking this content that's being considered transphobic. Here's the resources, that was also apparently to Jeanette and Lauren's perspective copyright infringement.

And because of this double ding, my Zucker verse account that had 30k followers made me a pretty penny on occasion. We traumatized so many men, we had such a good community. I can't get into it right now, it's still there, but allegedly it's going to be wiped off the face of the Zucker verse in

**Business Email:**Support@vananservices.com
**Website:**www.vananservices.com
**Phone Number: 866-221-3843**



about 160 days and I can't even get on there to post and like tell people where I'm gonna be or any of that kind of thing. So I'm having to siphon people over and due to the rampant amount of people pretending to be me and other creators to try to scam people into paying them for fake tarot readings and such, I have to go above and beyond to tell people what is up. And that also includes ensuring that the narrative is not that I got scammed or hacked because that's simply not the case. Instead promising all of the devilish details as soon as I got my legal ducks in a row.

Apparently Jeanette saw the video where I was talking about this, which was the same day that I emailed her and she thought it was an appropriate response to send the police to my front door in a "wellness check" and the police show up telling me that Jeanette Braun sent them and that she was concerned about "erratic" and "irrational" things I was posting on social media and I explained the situation, how I knew her name and what all was going on. And that from my perspective, they had just been used as a threat of doxing and the police seemed to be in agreement that this was an absolutely unhinged and inappropriate thing for someone to do.

And they did assure me that they're gonna keep my address like flagged so that something similar comes in, they like know the situation, but I digress. Then the very next morning I received my own. Absolutely. Someone needs to stop at a hardware store sometime soon because we do not have any hinges for this woman's door apparently. Email from Jeanette. That is also just side note, in my opinion, very poorly written, that is accusing me of a myriad of different things. Seriously, legal word vomit from my perspective of just accusation after accusation. Easily the most ironic to me was that apparently according to her, they're alleging I am stalking and harassing Lauren.

Not to mention that she not only CC'd my mommy in this and mentions my mother's like past address, but she also goes ahead and CCs a theater company that I personally don't work for and have not associated with in years and that my mother doesn't even work for. She also felt it in her heart to give me some advice that I should get in touch with my insurance information and provide it to her ASAP because otherwise if I delay I might not get covered. She also gave me a super duper scary deadline to issue a public apology to Lauren, but also make sure to take down anything and everything mentioning her across every social media platform ever, total cease and desist.

Also, I need to give her the information of anybody who's part of my team, their addresses, their emails, their social medias, like everything. And I'm not gonna lie, Jeanette, I personally do not trust you with that information. So despite not having any guilt on who's a part of my team, in fact I'm very proud, uh, no. She also included an entire trigger warning to start it out that basically insinuated that she believes that I'm in an absolute mental health crisis spiral and all that jazz and that I should have a support system before I read the rest of her email to me.

Uh, and I just wanna assure you, you know, Jeanette, despite the fact that you sent the police to my front door and like what again, I consider a clear threat of doxing due to the fact I have documented and posted unalive and harm threats that people have sent me over my years. Uh, actually I'm doing pretty good all things considered. But from my perspective, it does look like your gaslight is on and you should probably think about stopping to refuel soon. Uh, I would

**Business Email:**Support@vananservices.com
**Website:**www.vananservices.com
**Phone Number: 866-221-3843**



# Vanan Online Services

recommend a wawa station. You know, it really does seem hashtag on brand for you. Again, in my opinion.

The second problem for Jeanette, by the way, in her missive to me, she does indicate that we are not on a first name basis and to not call her Jeanette to call her attorney Braun or Ms. Braun. So the second problem for Jeanette is easily the fact that I have the acute ability to smell a general sense of low self-esteem and uh, desperation for any semblance of power that would be utilized in this manner of like take me seriously and scare into silence and submission.

I was already going to do this, but I went ahead and retained an attorney who's, you know, good at what she does and not some Z lister who's going to call the police in a wellness check or cherry pick verbiage in order to come across as scary and threatening. And that way, you know, I can get somebody in the way in case I deal with any defamation cries or something like that because all of this has just been a statement of what Jeanette and Lauren did. The death of defamation is undeniable facts as I have laid them out. And then I have given you my colorful commentary for purposes of commentary, critique, review, parody, satire, and all the like.

And as for Lauren, the mortician herself, I'm just gonna throw out there that this is kind of a, have you heard the phrase that's a weird hill to die on? Well, to make it more hashtag on brand for your channel, Lauren, this is kind of an odd pool to drown in because you yourself consistently use trademarked IPs. I mean you've used the Jaws audio before. You also use things like the Beetlejuice audio ripped from the movies, other things you use, other content creators content and their pictures of their comment section and all the, like, all the things you are saying in your case are trademark, copyright infringement, et cetera. And so I'm just saying if you are gonna go that route and say that that's the case for you, you might wanna put up a metaphorical pool fence to protect your own assets before one of them almost drowns, in bad faith, copyright infringement strikes. Just some food for thought. You know, my unsolicited opinion after all I have heard you can be a bit delayed on those types of preventative measures, but you know, thought I'd throw it out there.

Oh, the third problem for these two is easily the fact that I do roll a Nat 20 on vicious mockery.

So you might be asking now Kitty, what can we do to help? Well, first and foremost, let me throw it out there that I absolutely do not endorse or condone going to these creators, their pages, their profiles and giving them any form of problems, harassment or otherwise. Because to be honest, all that will translate to is more cheese to go with their whining at me. So keep it here and engage with this video. After all from the cease and desist and the verbiage used, I would hazard to say that just this message remaining and being spread is already a pretty antagonistic action, at least from my perspective. Like if I were them, this is how I would feel. So, you know, spreading this commenting below copy, share link, don't just use emojis, don't use the word B-O-O-S-T, like engage with the video.

And in fact, if you wanna do a double helpful for me, you can talk about how you definitely know that my name is definitely Gwen, I knew her in middle school. You know, otherwise spreading the

**Business Email:**Support@vananservices.com
**Website:**www.vananservices.com
**Phone Number: 866-221-3843**



## Vanan Online Services

misinformation about what any of my personal identifying information is. Understanding that there is also a financial aspect that I'm being burdened with due to Lauren and Jeanette's actions here. You know, if you'll want to monetarily contribute, I'm not gonna say no, but what I am gonna say is please make sure you take care of yourself first. Foremost in always, especially when it comes to sending anything to content creators. If you wanna send me $6.66, you are more than welcome, but take care of you first. Spend that on you first. And if you'd like to do so, I have in my linkety dinkities all kinds of different options, whichever suits your fancy. Although I am particularly proud of the "kitty as a spiteful cu-t fund" in which I'm a c--t, who does not allow things like this who just slide. And I ensure people like Lauren and Jeanette cannot continue to threaten me with all types of legal actions or otherwise. And if they do illegally docs me and there's any fallout from that, I am covered in, you know, investing in some new saw meets Kevin McAllister style traps to reinforce my home from any, would-be intruders. Or like moving if it really gets that wild. But I mean, I'm really stubborn, so I don't really see that being the case and the goal is not that high.

But you know, from my perspective, the person that I was antagonizing actually profiting from the situation and not having to spend outrageous amounts of money and like going a whole over outrageous legal fees, like to me, if it were me, I would be really bothered by that as well. But you know, again, if it were me.

Last thing anybody could do to help is if you happen to know any way to get to something that is not robotic on the Zucker verse, that would take a look at the accusation, the situation, Jeanette's actions, et cetera, so that they could see what was going on in the context, which might help me get my Zucker verse reinstated. You know, that would be helpful too. If you have any options or contacts, you let me know. I genuinely hope that the masses enjoyed your tea as above so below. Glad to have you at the shitshow.

**Business Email:**Support@vananservices.com
**Website:**www.vananservices.com
**Phone Number: 866-221-3843**



**Vanan Online Services, Inc.**
Think Service Think Vanan

## **Certificate of Transcription**

| | |
|---|---|
| **Transcription file names:** | **1. Download.mp4** |
| | **2. Download2.mp4** |

We, Vanan Online Services, Inc. a professional transcription company, hereby certify that the above-mentioned document(s) has/have been transcribed by our qualified and experienced transcriber(s) is/are accurate and true transcription of the original document(s).

This is to certify the correctness of the transcription only. Our transcriber is in no way related, by immediate family ties or marriage, to any parties related to the materials transcript. Transcription was done in the regular course of business.

A copy of the transcription is attached to this certification.

**Danny Negley, Production Manager**

Date: 8th day of February 2024

Vanan Online Services, Inc.
ATA Member #266532
ISO 9001:2015