IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEANNETE BRAUN, BRAUN IP LAW, LLC, & LAUREN PROPSON,<br><br>      Plaintiffs,<br><br>v.<br><br>REBEKAH M. DAY NEE BOX, KC THE OWNER & OPERATOR OF THE ONLINE SOCIAL MEDIA ACCOUNT @CAFFINATEDKITTI, LILY MARSTON, & JESSICA VAZQUEZ,<br><br>      Defendants. | Case No. 23 C 16856 |

**DEFENDANT REBEKAH M. DAY NEE BOX' MOTION TO DISMISS PURSUANT TO FED. R. CIV. PROC. 12(B)(6)**

Pursuant to Federal Rules of Civil Procedure 12(b)(6), and for the reasons stated in the attached memorandum in support, Defendant Rebekah M. Day Nee Box ("Defendant") respectfully requests that this Court dismiss Plaintiffs Jeannette Braun, Braun IP Law, LLC and Lauren Propson's Amended Complaint against her.

*[signatures on following page]*

Dated: April 22, 2024                    Respectfully Submitted,


                                         *s/      Brandon J. Witkow*
                                         Attorney for Defendants

                                         Brandon J. Witkow [pro hac vice]
                                         WITKOW | BASKIN
                                         21031 Ventura Boulevard, Suite 700
                                         Woodland Hills, California 91364
                                         (818) 296-9508
                                         bw@witkowlaw.com

                                         *s/      Amy Doig*
                                         Attorney for Defendants

                                         Amy M. Doig
                                         COZEN O'CONNOR
                                         123 N. Wacker Dr., Suite 1800
                                         Chicago, Illinois 60606
                                         (312) 474-7900
                                         adoig@cozen.com

                                         *Attorneys for Defendants*

2

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the foregoing document was filed and served on all counsel of record noted below via the CM/ECF system of the United States District Court of the Northern District of Illinois.

Benjamin C.R. Lockyer
Lockyer Law LLC
100 N. Riverside Plaza, Suite 2400
Chicago, Illinois 60606
ben@lockyerlaw.com

*Attorney for Plaintiffs*

Dated: April 22, 2024 /s/ *Brandon J. Witkow*_____
Brandon J. Witkow