**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JEANNETE BRAUN, BRAUN IP LAW, LLC, & LAUREN PROPSON, <br><br>　　　　　　　Plaintiffs, <br><br>　v. <br><br>REBEKAH M. DAY NEE BOX, KC THE OWNER & OPERATOR OF THE ONLINE SOCIAL MEDIA ACCOUNT @CAFFINATEDKITTI, LILY MARSTON, & JESSICA VAZQUEZ <br><br><br><br>　　　　　　　Defendants. | Case No. 23 C 16856 |

**DEFENDANTS LILY MARSTON AND JESSICA VASQUEZ' SPECIAL MOTION TO STRIKE PURSUANT TO O.C.G.A. § 9-11-11.1 & CAL. CODE CIV. PROC. § 425.16, OR, ALTERNATIVELY, MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)**

　　　Pursuant to O.C.G.A. § 9-11-11.1 and Cal. Code Civ. Proc. § 425.16, or, in the alternative, Federal Rule of Civil Procedure 12(b)(6), and for the reasons stated in the attached memorandum in support, Defendants Lily Marston and Jessica Vasquez (together, "Defendants") respectfully request that this Court strike and/or dismiss Plaintiffs Jeannette Braun and Braun IP Law, LLC's Amended Complaint against them.

*[signatures on following page]*

Dated: April 22, 2024          Respectfully Submitted,

         *s/     Brandon J. Witkow*
Attorney for Defendants

Brandon J. Witkow [pro hac vice]
WITKOW | BASKIN
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
(818) 296-9508
bw@witkowlaw.com

         *s/     Amy Doig*
Attorney for Defendants

Amy M. Doig
COZEN O'CONNOR
123 N. Wacker Dr., Suite 1800
Chicago, Illinois 60606
(312) 474-7900
adoig@cozen.com

*Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the foregoing document was filed and served on all counsel of record noted below via the CM/ECF system of the United States District Court of the Northern District of Illinois.

Benjamin C.R. Lockyer
Lockyer Law LLC
100 N. Riverside Plaza, Suite 2400
Chicago, Illinois 60606
ben@lockyerlaw.com

*Attorney for Plaintiffs*

Dated: April 22, 2024 /s/ *Brandon J. Witkow* _____
Brandon J. Witkow