IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEANETTE BRAUN, BRAUN IP LAW, LLC & LAUREN PROPSON, <br><br> Plaintiffs, <br><br> v. <br><br> REBEKAH M. DAY NEE BOXX, KC THE OWNER & OPERATOR OF THE ONLINE SOCIAL MEDIA ACCOUNT @CAFFINATEDKITTI, LILY MARSTON, & JESSICA VAZQUEZ, <br><br> Defendants. | Case No. 23 C 16856 <br><br> Hon. J. Mary Rowland <br><br> Mag. J. M. David Weisman |

**PLAINTIFFS' MOTION TO FILE AN OVERSIZED BRIEF FOR
PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS'
MOTIONS TO STRIKE AND DEFENDANTS' MOTIONS TO DISMISS**

Plaintiffs, Jeanette Braun, Braun IP Law, and Lauren Propson, ("Plaintiffs") hereby seek leave to file a brief in excess of the 15-page limit for their combined memorandum of law in opposition to Defendants' individual motions to strike[1] and motions to dismiss. In support of their motion, Plaintiffs state as follows:

1. "Absent leave of Court, all motions and memoranda of law must comply with the 15-page limitation set forth in Local Rule 7.1." N.D. Ill. *Gen'l Stat. Mtn. Prac.* https://www.ilnd.uscourts.gov/PrintContent.aspx?cmpid=783.

2. To expedite litigation and avoid redundancy, Plaintiffs have combined their responses to Defendants' motion to strike pursuant to O.C.G.A. § 9-11-11.1 and Cal. Code Civ. Proc. § 425.16 as well as Defendants' motions to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and

---

[1] Defendant Day is the only defendant not bringing a motion to strike.

12(b)(3) into a singular response.

3. If filed separately, Plaintiffs' memoranda in opposition to Defendants' pending motions would have similar, and largely overlapping, introductions, fact recitations, legal standards recitations, and arguments across multiple documents. Combined, the Plaintiffs' memorandum is approximately 50 pages long.

4. Good cause exists for extending the page limitation. Defendants' have submitted three separate motions to strike and motions to dismiss (one for Defendant KC, one for Defendant Day, and one joint motion for Defendants Vazquez and Marston, respectively) totaling 60 pages in legal memoranda. Defendants' memorandums include numerous defenses including the Georgia anti-SLAPP statute, California anti-SLAPP statute, and motions to dismiss for failing to state a claim, qualified privilege, and improper venue.

5. This Court previously granted Defendant's motion for leave to exceed the 15-page limit in conjunction with Defendant's motions as to the original Complaint and the Amended Complaint. *See* [19] and [36].

6. Plaintiffs' have kept their combined memorandum at a reasonable length given the breadth of Defendants' multiple motions, but they require no more than a total of 50 pages to respond to the Court on all of Defendants' pending motions. Due to this, Plaintiff's request an additional five pages more than the 45 pages they would have been allotted if the motions were filed separately.

For the foregoing reasons, Plaintiffs respectfully request that this Court grant them leave to exceed the page limitation for their combined memorandum in opposition to Defendants' motions to strike and motions to dismiss.

        *s/  Benjamin Lockyer*

Benjamin C.R. Lockyer
Lockyer Law LLC
6515 W. Archer Ave.
Chicago, Illinois 60638
ben@lockyerlaw.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the foregoing document was filed and served on all counsel of record noted below via the CM/ECF system of the United States District Court of the Northern District of Illinois.

    Amy M. Doig
    COZEN O'CONNOR
    123 N. Wacker Dr., Suite 1800
    Chicago, Illinois 60606
    (312) 474-7900
    adoig@cozen.com

    Brandon J. Witkow
    WITKOW | BASKIN
    21031 Ventura Boulevard, Suite 700
    Woodland Hills, California 91364
    (818) 296-9508
    bw@witkowlaw.com

    ***Attorneys for Defendants***

Dated: May 20, 2024                                            *Benjamin Lockyer*