# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jeanette Braun, et al.
                                   Plaintiff,

v.                                                                        Case No.: 1:23−cv−16856
                                                                               Honorable Mary M. Rowland

Rebekah M Day, et al.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 21, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: Plaintiffs' motion for leave to file excess pages [46] is granted. Plaintiff may file a memorandum brief response no more than 50 pages in length. Plaintiffs are strongly encouraged to file a shorter brief. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.