**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JEANNETE BRAUN, BRAUN IP LAW, LLC,　　)
& LAUREN PROPSON,　　　　　　　　　　　)
　　　　　　　　　　　Plaintiffs,　　　　)
　　　　　v.　　　　　　　　　　　　　　)　　Case No. 23 C 16856
　　　　　　　　　　　　　　　　　　　　)
REBEKAH M. DAY NEE BOX, KC THE　　　　)
OWNER & OPERATOR OF THE ONLINE　　　　)
SOCIAL MEDIA ACCOUNT　　　　　　　　　)
@CAFFINATEDKITTI, LILY MARSTON, &　　　)
JESSICA VAZQUEZ　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Defendants.　　　　　)

**DEFENDANT KC THE OWNER & OPERATOR OF THE ONLINE SOCIAL MEDIA
ACCOUNT @CAFFINATEDKITTI'S MOTION FOR LEAVE TO EXCEED 15-PAGE
LIMIT FOR REPLY BRIEF IN SUPPORT OF HER SPECIAL MOTION TO STRIKE
PURSUANT TO O.C.G.A. § 9-11-11.1, OR, IN THE ALTERNATIVE, MOTION TO
DISMISS PURSUANT TO FED. R. CIV. PROC. 12(B)(6) & 12(B)(3)**

　　　　NOW COMES, KC The Owner & Operator of the Online Social Media Account
@CAFFINATEDKITTI ("Defendant"), by and through her undersigned counsel, and hereby
seeks leave to exceed the 15-page limit for her Reply Brief in Support of the Defendant's Special
Motion to Strike Pursuant to O.C.G.A. § 9-11-11.1, or, in the alternative, Motion to Dismiss
Pursuant to Fed. R. Civ. Proc. Rules 12(b)(6) and Rule 12(b)(3) (the "Reply Brief"). In support
of her motion, Defendant states as follows:

　　　　1.　　　　On April 22, 2024, Defendant filed her combined Special Motion to Strike (Anti-
SLAPP) pursuant to O.C.G.A. § 9-11-11.1, and Motion to Dismiss Pursuant to Fed. R. Civ. P.
12(b)(6) and 12(b)(3) (the "Motion"). [See Dkt. #39]. The Motion totaled 28 pages, and this

Court granted leave to Defendant to exceed the page limit provided in Local Rule 7.1 and this Court's Standing Order on Memoranda of Law.  [See Dkt. #36].

2. For the same reasons outlined in Defendant's original Motion for Leave to Exceed the 15-page Limit in support of the Motion (the "Excess Page Motion") [Dkt. #35], Defendant now seeks leave to permit her to file a Reply Brief that is 18 pages long – three (3) pages in excess of that permitted by Local Rule 7.1 and this Court's Standing Order on Memoranda of Law.

3. As previously specified in the Excess Page Motion, good cause exists for extending the page limitation. Three separate Plaintiffs (Plaintiff Lauren Propson, Plaintiff Jeannette Braun & Plaintiff Braun IP Law, LLC) have asserted five separate claims against Defendant (10 claims total) arising from multiple sets of allegedly tortious statements uttered during two separate Tik Tok videos.  These claims implicate numerous defenses including the Georgia anti-SLAPP statute, several First Amendment defenses applicable to the defamation per se and false light/trade libel claims, and, as to Propson only, improper venue.

4. On May 22, 2024, Plaintiffs filed their consolidated Opposition to the Motion that was 48 pages in length (the "Opposition").  [Dkt #48].

5. Defendant has worked to keep her Reply at a reasonable length given the breadth of Plaintiffs' claims, the scope of Defendant's multiple defenses, and the arguments proffered by Plaintiffs' Opposition, but they require an additional 3 pages to adequately respond to the Opposition.

For the foregoing reasons, Defendant respectfully requests that this Court grant her leave to exceed the page limitation for her Reply Brief in support of the Motion and direct that the Memorandum may be filed separately upon the granting of this motion.

Dated: June 4, 2024                    Respectfully Submitted,


                                       *s/      Brandon J. Witkow*
                                       Attorney for Defendants

                                       Brandon J. Witkow [pro hac vice]
                                       WITKOW | BASKIN
                                       21031 Ventura Boulevard, Suite 700
                                       Woodland Hills, California 91364
                                       (818) 296-9508
                                       bw@witkowlaw.com

                                       *s/      Amy Doig*
                                       Attorney for Defendants

                                       Amy M. Doig
                                       COZEN O'CONNOR
                                       123 N. Wacker Dr., Suite 1800
                                       Chicago, Illinois 60606
                                       (312) 474-7900
                                       adoig@cozen.com

                                       *Attorneys for Defendants*

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was filed and served on all counsel of record noted below via the CM/ECF system of the United States District Court of the Northern District of Illinois.

Benjamin C.R. Lockyer
Lockyer Law LLC
100 N. Riverside Plaza, Suite 2400
Chicago, Illinois 60606
ben@lockyerlaw.com

***Attorney for Plaintiffs***

Dated: June 4, 2024                                  /s/ *Brandon J. Witkow*
                                                     Brandon J. Witkow