IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEANETTE BRAUN, BRAUN IP LAW, LLC & LAUREN PROPSON, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 23 CV 16856 |
| v. | ) ) | Hon. J. Mary Rowland |
| REBEKAH M. DAY NEE BOXX, KC THE OWNER & OPERATOR OF THE ONLINE SOCIAL MEDIA ACCOUNT @CAFFINATEDKITTI, LILY MARSTON, & JESSICA VAZQUEZ, | ) ) ) ) ) ) ) | Mag. J. M. David Weisman |
| Defendants. | ) | |

**JOINT RESPONSE TO COURT'S MAY 9, 2024 REQUEST RE IDENTITY OF KC THE OWNER AND OPERATOR OF THE SOCIAL MEDIA ACCOUNT @CAFFINATEDKITTI [DOCKET No. 45]**

The Parties, Jeanette Braun, Braun IP Law LLC, and Lauren Propson ("Plaintiffs") and Rebekah M. Day ("Day"), KC the owner and operator of the social media account @caffinatedkitti ("KC"), Lily Marston ("Marston"), and Jessica Vazquez ("Vazquez") (together, the "Defendants"; and collectively with Plaintiffs, "the Parties"), by and through their attorneys, hereby provide a joint response to the Court's May 9, 2024 Request re the public disclosure of KC the owner and operator of the social media account @caffinatedkitti's identity (hereafter, "Defendant KC") [Docket No. 45]:

The Parties have reviewed the Court's status report and have agreed that Plaintiff's operative Complaint may identify Defendant KC by her real name. The Parties respectfully request guidance on how this Court desires such identification be made, either, for example, via a stipulation to substitute Defendant KC's name into the operative Complaint, or via the filing of a Second Amended

1

Complaint ("SAC"). In the event the Court requests Plaintiffs to file an SAC, the Parties agree that Plaintiffs' filing of the SAC shall not make any other amendments or changes, and will not moot Defendants' pending motions to dismiss and motions to strike [Docket Nos. 38, 40 & 42].

     /s/     *Benjamin Lockyer*

Benjamin C.R. Lockyer
Lockyer Law LLC
6515 W. Archer Ave.
Chicago, Illinois 60638
ben@lockyerlaw.com

*Attorney for Plaintiffs*

/s/     *Brandon Witkow*
Attorney for Defendants

Brandon J. Witkow [pro hac vice]
WITKOW | BASKIN
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
(818) 296-9508
bw@witkowlaw.com

Amy M. Doig
Cozen O'Connor
123 N. Wacker Dr., Suite 1800
Chicago, Illinois 60606
(312) 474-7900
adoig@cozen.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the foregoing document was filed and served on all counsel of record noted below via the CM/ECF system of the United States District Court of the Northern District of Illinois.

Benjamin C.R. Lockyer
Lockyer Law LLC
6515 W. Archer Ave.
Chicago, Illinois 60638
ben@lockyerlaw.com

*Attorney for Plaintiffs*

Amy M. Doig
COZEN O'CONNOR
123 N. Wacker Dr., Suite 1800
Chicago, Illinois 60606
(312) 474-7900
adoig@cozen.com

Brandon J. Witkow
WITKOW | BASKIN
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
(818) 296-9508
bw@witkowlaw.com

*Attorneys for Defendants*

Dated: June 21, 2024                    *s/     Brandon Witkow*