UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Jeanette Braun, et al.
                      Plaintiff,

v.                                              Case No.: 1:23−cv−16856
                                                                           Honorable Mary M. Rowland

Rebekah M Day, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 28, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: Defendants' motions [38][40][42] are granted in part and denied in part. Enter Order. Status hearing set for 3/25/25 at 9:00 AM to discuss whether Plaintiffs will file an amended complaint, setting a date to file an answer, initiating oral discovery, setting a close of fact discovery, and whether a settlement conference would be productive. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.