**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| JEANETTE BRAUN, ) <br> BRAUN IP LAW, LLC & ) <br> LAUREN PROPSON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> REBEKAH M. DAY NEE BOXX, ) <br> KRISTA CARTER, & ) <br> LILY MARSTON, ) <br> ) <br> Defendants. ) | Case No. 23 C 16856 <br><br> Hon. J. Mary Rowland <br><br> Mag. J. M. David Weisman |

## MOTION TO AMEND COMPLAINT[1]

Plaintiffs, Jeanette Braun ("Braun"), Braun IP Law, LLC ("Braun Law"), and Lauren Propson ("Propson"), ("collectively Plaintiffs"), present their motion to file their Third Amended Complaint against Rebekah M. Day nee Boxx ("Day"), Krista Carter ("Carter"), and Lily Marston ("Marston") and in support states follows:

1. On February 28, 2025, the Court issued an order on Defendants' motions to dismiss and motions to strike (Dkt. 59), which included findings as to the sufficiency of Plaintiffs' defamation, false light, and interference claims.

2. Plaintiffs have amended their complaint in response to the evolving facts and the Court's guidance. The proposed Third Amended Complaint reflects focused and streamlined claims based on the Court's order and subsequent developments.

3. Plaintiffs now seek leave to amend their complaint to:

---

[1] On April 24, 2024, counsel for Plaintiffs contacted counsel for Defendants to inquire whether they objected to Plaintiffs' motion to amend, but has not received a response as of the filing of this motion.

1

- o Remove Jessica Vazquez as a defendant.

- o Clarify the basis for their defamation *per se* claim against Defendant Rebekah Day by identifying the specific false statement that Day "received confirmation from the ARDC that multiple credible complaints were filed against Braun and that multiple attorneys were investigating."

- o Elaborate on Defendant Krista Carter's intentional interference with Plaintiff Propson's known business relationships, and to emphasize that Carter's statements were not justified.

- o Add factual allegations regarding Plaintiff Braun's loss of specific clients, as a proximate result of the defamatory and harassing conduct by Defendants.

4. This amendment is not sought for the purposes of delay but to ensure the pleadings reflect the actual scope and content of the Plaintiffs' claims in light of the Court's prior rulings and subsequent harm suffered by Plaintiffs.

5. Rule 15(a)(2) provides that leave to amend should be freely given when justice so requires. Courts routinely grant leave to amend when, as here, the amendment refines existing claims and adds clarity without causing undue prejudice to the opposing party.

6. The proposed Third Amended Complaint addresses the deficiencies identified by the Court in its February 28, 2025 Order. Plaintiffs have amended their allegations to cure the issues the Court noted regarding the sufficiency of their defamation, false light, and tortious interference claims. Specifically, Plaintiffs have:

- o removed Jessica Vazquez as a defendant from this action;

- clarified and detailed the factual basis for claims the Court found deficient, including identifying the specific defamatory statement made by Defendant Day concerning the ARDC
- expanded upon the factual support for Plaintiffs' tortious interference claims against Defendants Carter, Day, and Marston by identifying specific lost clients and known business relationships.

7. These amendments are intended to comply with the Court's prior guidance and do not introduce any new legal theories or claims. Rather, they refine and strengthen Plaintiffs' existing claims based on the evolving factual record. Accordingly, Plaintiffs do not anticipate that the proposed amendments will require renewed motion practice under Rule 12(b)(6).

8. Plaintiffs' proposed Third Amended Complaint is attached hereto as Exhibit A.

**WHEREFORE,** Plaintiffs respectfully request that the Court grant them leave to file the Third Amended Complaint, and for such other and further relief as this Court deems just and proper.

Respectfully Submitted,

*/s/ Benjamin C.R. Lockyer*
Benjamin C.R. Lockyer
Lockyer Law LLC
6515 W. Archer Ave.
Chicago, Illinois 60638
ben@lockyerlaw.com
(312) 881-8983

***Attorney for Plaintiffs***