IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| JEANETTE BRAUN, BRAUN IP LAW, LLC & LAUREN PROPSON, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 23 CV 16856 Hon. J. Mary Rowland Mag. J. M. David Weisman |
| Plaintiffs, |  |  |
| v. |  |  |
| REBEKAH M. DAY NEE BOXX, KRISTA CARTER, & LILY MARSTON, |  |  |
| Defendants. |  |  |

## JOINT STATUS REPORT

The Parties, Jeanette Braun, Braun IP Law LLC, and Lauren Propson ("Plaintiffs") and Rebekah M. Day ("Day"), Krist Carter, and Lily Marston ("Marston") (together, the "Defendants"; and collectively with Plaintiffs, "the Parties"), by and through their attorneys, hereby provide a joint response to the Court's April 29, 2025 order requesting a joint status report on settlement:

The Parties have met and conferred and jointly request a referral to the magistrate judge for settlement discussions. The Parties further agree to a stay of all litigation proceedings, including Defendants' response to Plaintiffs' pending amended complaint, until the magistrate judge referral is complete.

    *s/     Benjamin Lockyer*

Benjamin C.R. Lockyer
Lockyer Law LLC
6515 W. Archer Ave.
Chicago, Illinois 60638
ben@lockyerlaw.com

*Attorney for Plaintiffs*

*s/     Brandon Witkow*
Attorney for Defendants

Brandon J. Witkow [pro hac vice]
WITKOW | BASKIN
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
(818) 296-9508
bw@witkowlaw.com

Amy M. Doig
Cozen O'Connor
123 N. Wacker Dr., Suite 1800
Chicago, Illinois 60606
(312) 474-7900
adoig@cozen.com

*Attorneys for Defendants*