IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEANNETE BRAUN, BRAUN IP LAW, LLC, & LAUREN PROPSON, <br><br>　　　　　　　　Plaintiffs, <br><br>　　v. <br><br> REBEKAH M. DAY NEE BOX, KRISTA CARTER & LILY MARSTON <br><br>　　　　　　　　Defendants. | Case No. 23 C 16856 |

### DEFENDANTS REBEKAH M. DAY AND LILY MARSTON'S
### MOTION TO DISMISS PURSUANT TO FED. R. CIV. PROC. 12(B)(6)

Pursuant to Federal Rules of Civil Procedure 12(b)(6), and for the reasons stated in the attached memorandum in support, Defendants Rebekah M. Day Nee Box and Lily Marston (together, "Defendants") respectfully requests that this Court dismiss Plaintiffs Jeannette Braun and Braun IP Law, LLC Third Amended Complaint against them.

[signatures on following page]

Dated: August 27, 2025                                   Respectfully Submitted,


                                                         *s/      Brandon J. Witkow*
                                                         Attorney for Defendants

                                                         Brandon J. Witkow [pro hac vice]
                                                         WITKOW | BASKIN
                                                         21031 Ventura Boulevard, Suite 700
                                                         Woodland Hills, California 91364
                                                         (818) 296-9508
                                                         bw@witkowlaw.com

                                                         *s/      Amy Doig*
                                                         Attorney for Defendants

                                                         Amy M. Doig
                                                         COZEN O'CONNOR
                                                         123 N. Wacker Dr., Suite 1800
                                                         Chicago, Illinois 60606
                                                         (312) 474-7900
                                                         adoig@cozen.com

                                                         *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the foregoing document was filed and served on all counsel of record noted below via the CM/ECF system of the United States District Court of the Northern District of Illinois.

Benjamin C.R. Lockyer
Lockyer Law LLC
100 N. Riverside Plaza, Suite 2400
Chicago, Illinois 60606
ben@lockyerlaw.com

*Attorney for Plaintiffs*

Dated: August 27, 2025                                      /s/ *Brandon J. Witkow*
                                                            Brandon J. Witkow