IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEANNETE BRAUN, BRAUN IP LAW, LLC, & LAUREN PROPSON,<br><br>             Plaintiffs,<br>v.<br><br>REBEKAH M. DAY NEE BOX, KRISTA CARTER & LILY MARSTON<br><br>             Defendants. | Case No. 23 C 16856 |

**DEFENDANT KRISTA CARTER'S MOTION TO DISMISS
PURSUANT TO FED. R. CIV. PROC. 12(B)(6)**

Pursuant to Federal Rules of Civil Procedure 12(b)(6), and for the reasons stated in the attached memorandum in support, Defendant Krista Carter ("Defendant") respectfully requests that this Court dismiss Plaintiff Lauren Propson's Third Amended Complaint against her.

Dated: August 27, 2025                              Respectfully Submitted,

                                                          _s/     Brandon J. Witkow_
                                                      Attorney for Defendants

                                                      Brandon J. Witkow [pro hac vice]
                                                      WITKOW | BASKIN
                                                      21031 Ventura Boulevard, Suite 700
                                                      Woodland Hills, California 91364
                                                      (818) 296-9508
                                                      bw@witkowlaw.com

*s/ Amy Doig*
Attorney for Defendants

Amy M. Doig
COZEN O'CONNOR
123 N. Wacker Dr., Suite 1800
Chicago, Illinois 60606
(312) 474-7900
adoig@cozen.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was filed and served on all counsel of record noted below via the CM/ECF system of the United States District Court of the Northern District of Illinois.

Benjamin C.R. Lockyer
Lockyer Law LLC
100 N. Riverside Plaza, Suite 2400
Chicago, Illinois 60606
ben@lockyerlaw.com

*Attorney for Plaintiffs*

Dated: August 27, 2025                   /s/ *Brandon J. Witkow*
                                         Brandon J. Witkow