**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Jeanette Braun, et al.
                Plaintiff,

v.                                    Case No.: 1:23−cv−16856
                                                  Honorable Mary M. Rowland

Rebekah M Day, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 18, 2025:

    MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed Defendants Carter, Day and Marston's motions to compel [88]; [89]. The Court sets an in person status hearing for 12/4/25 in courtroom 1225 at 2:30 p.m. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.