Braun v. Day General Attorney Privilege Log

| Sender | Recipient | Privilege |
|---|---|---|
| Benjamin Lockyer | Jeanette Braun | Attorney Client |
| Benjamin Lockyer | Lauren Propson | Attorney Client |
| Lauren Propson | Benjamin Lockyer | Attorney Client |
| Lauren Propson | Jeanette Braun | Attorney Client |
| Jeanette Braun | Benjamin Lockyer | Attorney Client |
| Jeanette Braun | Lauren Propson | Attorney Client |
| Jeanette Braun | Kaitlynn Dempsey | Attorney Client |
| Jeanette Braun | Alyssa DeFord | Attorney Client |
| Jeanette Braun | Gabi Egan | Attorney Client |
| Jeanette Braun | Reby Hardy | Attorney Client |
| Jeanette Braun | Monsters and Martians | Attorney Client |
| Kaitlynn Dempsey | Jeanette Braun | Attorney Client |
| Alyssa DeFord | Jeanette Braun | Attorney Client |
| Monsters and Martians | Jeanette Braun | Attorney Client |
| Reby Hardy | Jeanette Braun | Attorney Client |
| Gabi Egan | Jeanette Braun | Attorney Client |