# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
## Eastern Division

Jeanette Braun, et al.

Plaintiff,

v.

Rebekah M Day, et al.

Defendant.

Case No.: 1:23–cv–16856
Honorable Mary M. Rowland

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 4, 2025:

  MINUTE entry before the Honorable Mary M. Rowland: In light of Plaintiffs' response to the motion to compel [91], the Court resets the 12/4/25 hearing to 1/13/26 at 11:00 AM. That will give the court time to review the briefing. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.