IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEANETTE BRAUN, | ) | |
| BRAUN IP LAW, LLC & | ) | |
| LAUREN PROPSON, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 23 C 16856 |
| | ) | |
| v. | ) | Hon. J. Mary Rowland |
| | ) | |
| REBEKAH M. DAY NEE BOXX, | ) | Mag. J. M. David Weisman |
| KRISTA CARTER, | ) | |
| LILY MARSTON, & | ) | |
| JESSICA VAZQUEZ, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY
IN FURTHER OPPOSITION TO DEFENDANTS' MOTIONS TO COMPEL**

Plaintiffs, Jeanette Braun, Braun IP Law LLC, and Lauren Propson ("Plaintiffs"), by and through their attorney, respectfully move for leave to file a short sur-reply in further opposition to Defendants' Motions to Compel.

Defendants' reply brief raises several new arguments and factual assertions that were not presented in their opening motions and therefore could not have been addressed in Plaintiffs' opposition. These include, among other things: (1) allegations that Plaintiffs misrepresented the status and timing of discovery supplementation; (2) new challenges to the adequacy of Plaintiffs' privilege log; (3) new reliance on Local Rule 83.15 to justify the absence of local counsel from discovery conferences; and (4) expanded arguments in support of sanctions and fee-shifting. Defendants' reply brief also introduces additional legal authorities for the first time.

Plaintiffs seek leave to file a narrowly tailored sur-reply limited to addressing these new matters. Plaintiffs Proposed Sur-reply ("Exhibit A"). The proposed sur-reply does not re-argue

issues raised in Plaintiffs' opposition and does not expand the scope of the dispute. Instead, it clarifies the record regarding Plaintiffs' supplementation, responds to Defendants' newly raised legal arguments, and addresses the accusations of misrepresentation and sanctions advanced for the first time in reply.

Allowing a short sur-reply will aid the Court by ensuring a complete and accurate record and will not prejudice Defendants. Plaintiffs' proposed sur-reply is concise and is submitted solely to address issues that arose only after Plaintiffs' opposition was filed.

For these reasons, Plaintiffs respectfully request leave to file the attached sur-reply.

Respectfully submitted,

*/s/ Benjamin C.R. Lockyer*
Lockyer Law LLC
6515 W. Archer Ave.
Chicago, Illinois 60638
ben@lockyerlaw.com
773-340-0011
***Attorney for Plaintiffs***