**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| JEANETTE BRAUN, | ) | |
| BRAUN IP LAW, LLC & | ) | |
| LAUREN PROPSON, | ) | |
|  | ) | |
| Plaintiffs, | ) | Case No. 23 C 16856 |
|  | ) | |
| v. | ) | Hon. J. Mary Rowland |
|  | ) | |
| REBEKAH M. DAY NEE BOXX, | ) | Mag. J. M. David Weisman |
| KRISTA CARTER, | ) | |
| LILY MARSTON, & | ) | |
| JESSICA VAZQUEZ, | ) | |
|  | ) | |
| Defendants. | ) | |

## STATUS REPORT RE MOTION TO COMPEL

Pursuant to this Court's instruction at the January 13, 2026 hearing on Defendants Rebekah M. Day, Krista Carter, Lily Marston, and Jessica Vazquez (together, the "Defendants") Motions to Compel Plaintiffs Lauren Propson, Jeannette Braun & Braun IP Law, LLC (together, "Plaintiffs") to Provide Further Responses to Interrogatories and Requests for Production [Dkt. # 91], Defendants hereby provide a list of Plaintiffs' discovery responses that remain at issue:[1]

(1) Defendant Carter's Interrogatories to Lauren Propson: Nos. 10-13, 15-21;

(2) Defendant Carter's Interrogatories to Braun/Braun IP: Nos. 1-5, 8, 9, 12;

(3) Defendant Day's Interrogatories to Braun/Braun IP Nos. 1-3, 5, 9, 12-19, 22-26;

(4) Defendant Marston's Interrogatories to Braun/Braun IP Nos. 1- 12, 14-22, 25;

---

[1] For clarity, Plaintiffs Jeannette Braun and Braun IP Law, LLC served supplemental discovery responses *before* Defendants filed their Motions to Compel, and the alleged deficiencies in those supplemental responses are addressed in the pending Motions to Compel. Braun has not served any additional supplemental responses since that time. Plaintiff Lauren Propson, by contrast, served a second supplemental response to Carter's Interrogatories (Set One) on December 31, 2025. Defendants have taken Propson's second supplemental responses into account in identifying the responses that remain at issue here and, in light of that supplementation, have reduced the number of disputed responses as to Propson.

(5) Defendant Carter's RFPs to Propson: Nos. 5, 8, 50-51, 55;

(6) Defendant Day's RFPs to Braun/Braun IP: No. 17; and

(7) Defendant Marston's RFPs to Braun/Braun IP: Nos. 4-7, 11, 13, 21, 24, 36, 41.


Respectfully submitted,

January 21, 2026

*s/Brandon J. Witkow*
Attorney for Defendants

Brandon J. Witkow [pro hac vice]
Cory A. Baskin
WITKOW | BASKIN
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
(818) 296-9508
bw@witkowlaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the foregoing document was filed and served on all counsel of record noted below via the CM/ECF system of the United States District Court of the Northern District of Illinois.

Benjamin C.R. Lockyer
Lockyer Law LLC
100 N. Riverside Plaza, Suite 2400
Chicago, Illinois 60606
ben@lockyerlaw.com

***Attorney for Plaintiffs***
Amy M. Doig
COZEN O'CONNOR
123 N. Wacker Dr., Suite 1800
Chicago, Illinois 60606
(312) 474-7900
adoig@cozen.com

Brandon J. Witkow
Cory A. Baskin
WITKOW | BASKIN
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
(818) 296-9508
bw@witkowlaw.com

***Attorneys for Defendants***

Dated: January 21, 2026                      */s/ Brandon J. Witkow*＿＿＿＿＿＿＿＿