IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEANETTE BRAUN, BRAUN IP LAW, LLC & LAUREN PROPSON, | |
| Plaintiffs, | Case No. 23 C 16856 |
| v. | Hon. J. Mary Rowland |
| REBEKAH M. DAY NEE BOXX, KRISTA CARTER, LILY MARSTON, & JESSICA VAZQUEZ, | Mag. J. M. David Weisman |
| Defendants. | |

## STATUS REPORT

Plaintiffs, Jeanette Braun, Braun IP Law LLC, and Lauren Propson ("Plaintiffs"), by and through their attorney, present the following status report pursuant to this Courts oral order on January 13, 2026.

Pursuant to the Court's instructions, the Plaintiffs reviewed Defendants requests for supplemental production, and have served supplemental responses to Defendants' interrogatories addressing the issues identified in Defendants' motions and in Defendants' list of alleged deficiencies. Those supplements include additional narrative responses, identification of responsive materials by Bates number, and additional document productions relating to damages, harassment, and ARDC-related allegations, to the extent such materials are in Plaintiffs' possession and not subject to privilege or confidentiality restrictions. Plaintiffs note that these supplemental responses were served on an unverified basis and are in the process of being finalized and verified, and that Plaintiffs will complete verification promptly.

Plaintiffs remain willing to meet and confer in good faith with Defendants to address any discrete issues that may remain following this supplementation. Plaintiffs will continue to work

1

cooperatively with opposing counsel to narrow or resolve any remaining disputes without further motion practice, consistent with the Court's guidance.

After further review of the record and Plaintiffs' supplementation, Plaintiffs are not seeking any additional supplementation or discovery from Defendant Day at this time.

Respectfully submitted,

*s/ Benjamin Lockyer*

Benjamin C.R. Lockyer
Lockyer Law LLC
6515 W. Archer Ave.
Chicago, Illinois 60638
ben@lockyerlaw.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the following documents were served on counsel of record noted below via the CM/ECF system of the United States District Court of the Northern District of Illinois.

1. **Plaintiff Jeanette Braun and Braun IP Law's Second Supplemental Interrogatory Response to Rebekah Day's Interrogatories**
2. **Plaintiff Jeanette Braun and Braun IP Law's Second Supplemental Interrogatory Response to Lily Marston's Interrogatories**
3. **Plaintiff Jeanette Braun and Braun IP Law's Second Supplemental Interrogatory Response to Krista Carter's Interrogatories**
4. **Plaintiff Lauren Propson's Third Supplemental Interrogatory Response to Krista Carter's Interrogatories**

Dated: January 21, 2026                     */s/ Benjamin Lockyer*