IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEANNETE BRAUN, BRAUN IP LAW, LLC, & LAUREN PROPSON, <br>            Plaintiffs, <br> v. <br> REBEKAH M. DAY NEE BOX, KRISTA CARTER & LILY MARSTON <br>            Defendants. | Case No. 23 C 16856 |

## NOTICE OF *EX PARTE* MOTION

**PLEASE TAKE NOTICE** that Defendants Rebekah M. Day, Krista Carter and Lily Martson's hereby present their *ex parte* application seeking clarification of the Court's January 26, 2026 minute entry directing the parties to "meet and confer at least twice in person before 2/6/26 and narrow the issues," while also stating that the parties are "free to confer telephonically and by email countless times to resolve these matters." Defendants reluctantly bring this application before the Court because a dispute has arisen between counsel as to whether a videoconference meeting (e.g., via Zoom) satisfies the Court's meet-and-confer directive, in light of Defendants' counsel's location in Woodland Hills, California and the fees and costs associated with traveling to the Chicago area in the required timeframe. Clarification is necessary to ensure timely and good-faith compliance with the Court's order.

Dated: February 3, 2026            Respectfully Submitted,

       *s/     Brandon J. Witkow*
Attorney for Defendants

Brandon J. Witkow [pro hac vice]
WITKOW | BASKIN
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
(818) 296-9508
bw@witkowlaw.com

 *s/     Amy Doig*
Attorney for Defendants

Amy M. Doig
COZEN O'CONNOR
123 N. Wacker Dr., Suite 1800
Chicago, Illinois 60606
(312) 474-7900
adoig@cozen.com

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was filed and served on all counsel of record noted below via the CM/ECF system of the United States District Court of the Northern District of Illinois.

Benjamin C.R. Lockyer
Lockyer Law LLC
100 N. Riverside Plaza, Suite 2400
Chicago, Illinois 60606
ben@lockyerlaw.com

*Attorney for Plaintiffs*

Dated: February 3, 2026                     /s/ *Brandon J. Witkow*
                                            Brandon J. Witkow