## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Jeanette Braun, et al.
                          Plaintiff,

v.                                                      Case No.: 1:23−cv−16856
                                                             Honorable Mary M. Rowland

Rebekah M Day, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 5, 2026:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed Defendants' motions for clarification. [104]; [105]; [106]. Dockets [104] [105] were filed ex parte. That was inappropriate and those docket entries are stricken. Defendants seek "clarification" on the court requiring two "in person" meet and confers because counsel resides in CA. Essentially counsel is requesting reconsideration and requesting that a Zoom meeting suffice. The court has reviewed the several pages of emails attached where counsel again dig in their heels on their positions to various discovery requests, asserting they are willing to discuss, but insisting that their stated position is the correct one. That is precisely why the Court ordered a face−to−face meeting (2 of them). It appeared that counsel were both putting form over substance in the meet and confer obligation. In light of the fact that counsel resides in CA, the Court will allow this round to be handled by Zoom. However, if no progress is made, the Court will require in person meetings. The Court modifies its order as follows: The parties are to meet via Zoom (or some other face−to−face electronic means), at least twice, by 2/10/26. The parties are required to narrow the issues and encouraged to resolve the matters. The parties are to file a single status report indicating the discovery requests that remain in dispute by 2/12/26. Hearing continues to be set for 2/17/26 at 9:00 AM on the motions to compel if any issues remain in dispute. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.