IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEANETTE BRAUN, <br> BRAUN IP LAW, LLC & <br> LAUREN PROPSON, <br><br> Plaintiffs, <br><br> v. <br><br> REBEKAH M. DAY NEE BOXX, <br> KC THE OWNER & OPERATOR OF THE <br> ONLINE SOCIAL MEDIA ACCOUNT <br> @CAFFINATEDKITTI, <br> LILY MARSTON, & <br> JESSICA VAZQUEZ, <br><br> Defendants. | Case No. 23 C 16856 <br><br> Hon. J. Mary Rowland <br><br> Mag. J. M. David Weisman <br><br> **JURY DEMAND** |

**JOINT MOTION FOR EXTENSION OF TIME
TO COMPLETE MEET AND CONFER
AND TO CONTINUE FEBRUARY 17, 2026 HEARING**

The Parties, Jeanette Braun, Braun IP Law LLC, and Lauren Propson ("Plaintiffs") and Rebekah M. Day, Krista Carter, and Lily Marston (collectively, "Defendants"), by and through their respective counsel, jointly move this Court for a brief extension of time to complete the Court-ordered meet-and-confer process and to continue the currently scheduled February 17, 2026 hearing. In support of this Joint Motion, the Parties state as follows:

1. On February 5, 2026, the Court ordered the Parties to meet and confer on two occasions to narrow the discovery disputes at issue and to file a joint status report by February 10, 2026.

2. In compliance with the Court's Order, the Parties conducted their first meet-and-confer on February 6, 2026.

3. During that conference, the Parties appear to have made progress. Plaintiffs have indicated that they are in the process of providing amended responses intended to address the issues raised by Defendants in the meet and confer. However, Plaintiffs have requested additional time to finalize these proposed amendments, and then to present those amendments to Defendants as part of a follow up meet and confer..

1

4. As a result of the progress made during the first meet-and-confer, additional time is necessary for Plaintiffs to complete supplemental discovery responses, review those materials, and assess whether any additional deficiencies remain.

5. The Parties do not seek to avoid or delay the second meet-and-confer conference ordered by the Court. Rather, the Parties believe that allowing time for responses to be completed and reviewed will make the second meet-and-confer more productive and may further narrow or eliminate the need for Court intervention.

6. Accordingly, to ensure compliance with the Court's Order in a meaningful manner and to promote judicial efficiency, the Parties jointly request a brief extension of time to complete the second meet-and-confer and to file an updated joint status report.

7. The Parties further request that the February 17, 2026 hearing be continued to allow the meet-and-confer process to be completed and to permit the Parties to report accurately on the status of any remaining disputes.

8. This request is made in good faith and will not prejudice any party. To the contrary, it is intended to conserve judicial resources and reduce unnecessary motion practice.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion, continue the February 17, 2026 hearing, and extend the deadline to complete the meet-and-confer process and file a joint status report to February 17, 2026, or for such other and further relief as the Court deems just and proper.

     *s/ Benjamin Lockyer*

Benjamin C.R. Lockyer
Lockyer Law LLC
6515 W. Archer Ave.
Chicago, Illinois 60638
ben@lockyerlaw.com

*Attorney for Plaintiffs*

*s/ Jakub Barrera*
Attorney for Defendants

Brandon J. Witkow [pro hac vice]
WITKOW | BASKIN
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
(818) 296-9508
bw@witkowlaw.com

*Attorneys for Defendants*