# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JEANNETE BRAUN, BRAUN IP LAW, LLC, & LAUREN PROPSON, <br> Plaintiffs, <br> v. <br><br> REBEKAH M. DAY NEE BOX, KC THE OWNER & OPERATOR OF THE ONLINE SOCIAL MEDIA ACCOUNT @CAFFINATEDKITTI, LILY MARSTON, & JESSICA VAZQUEZ <br><br> Defendants. | Case No. 23 C 16856 |

## JOINT MOTION FOR EXTENSION OF TIME
## TO FILE JOINT STATUS REPORT TO MARCH 28, 2024

NOW COMES, the Parties, Jeanette Braun, Braun IP Law LLC, and Lauren Propson ("Plaintiff's) and Rebekah M. Day, KC The Owner & Operator of the Online Social Media Account @CAFFINATEDKITTI, Lily Marston, and Jessica Vazquez (together, the "Defendants"; and collectively with Plaintiffs, "the Parties"), by and through their attorneys file this Joint Motion for Extension of Time to File their Join Status Report. In support of the motion, the Parties state as follows:

1. On February 11, 2026, this Court ordered the Parties to provide a Joint Status Report regarding the status of the case no later than March 5, 2026. ECF No. 110.

2. On February 9, 2026, February 25, 2026, and again on March 3, 2026, the Parties engaged in a lengthy meet and confer via Zoom regarding the continued issues with Plaintiff's responses to the interrogatories, document productions and privilege log at issue in Defendants' pending Motions to Compel. The Parties believe they have made progress in these efforts, but

given the circumstances set forth below, Plaintiffs are requiring additional time to prepare the proposed amended responses and present them to Defendants for review.

       3.       Plaintiff Propson plans to file a Joint Stipulation with Defendants, dismissing her claims in the operative Complaint.

       4.       Further, Plaintiff's Counsel intends to withdraw as counsel from the case and will be filing a motion with the Court pursuant to the Local Rules.

       5.       To preserve judicial resources, the Parties request an extension and request to have until March 9, 2026, to file the Joint Status Report.

       6.       The requested extension of the deadline and hearing will permit time for Propson to file her Joint Stipulation and for Plaintiff's Counsel to file a Motion to Withdraw as Counsel. Defendants consent to the proposed extension set forth below for the sole purpose of allowing the foregoing pleadings to be filed.

       7.       The Parties represent that this request for extension is made in good faith in order for the parties to timely address all issues required by this Court's Order re Initial Status Report based on the to-be-filed Amended Complaint and not for purposes of delay.

       **WHEREFORE**, Defendants respectfully request that this Court enter an order extending the time for the Parties to submit their Joint Status Report to March 9, 2026.

Dated: March 5, 2026                 Respectfully Submitted,

3

      *s/     Benjamin Lockyer*

Benjamin C.R. Lockyer
Lockyer Law LLC
100 N. Riverside Plaza, Suite 2400
Chicago, Illinois 60606
ben@lockyerlaw.com

*Attorney for Plaintiffs*

*s/     Brandon J. Witkow*
Attorney for Defendants

Brandon J. Witkow [pro hac vice]
WITKOW | BASKIN
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
(818) 296-9508
bw@witkowlaw.com

*Attorneys for Defendants*