IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEANETTE BRAUN, BRAUN IP LAW, LLC & LAUREN PROPSON, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 23 C 16856 |
| v. | ) ) | Hon. J. Mary Rowland |
| REBEKAH M. DAY NEE BOXX, KRISTA CARTER, LILY MARSTON, & JESSICA VAZQUEZ, | ) ) ) ) ) ) | Mag. J. M. David Weisman |
| Defendants. | ) | |

## DEFENDANTS' STATUS REPORT RE MOTIONS TO COMPEL

Pursuant to this Court's instruction at the January 13, 2026 hearing on Defendants Rebekah M. Day, Krista Carter and Lily Marston (together, the "Defendants") Motions to Compel Plaintiffs Lauren Propson, Jeannette Braun & Braun IP Law, LLC ("Braun") (together, "Plaintiffs") to Provide Further Responses to Interrogatories and Requests for Production ("Motions to Compel") [Dkt. # 91], and the Court's Minute Entry granting the parties an extension of time to submit a Joint Status Report to the Motions to Compel until March 9, 2025 [Dkt. # 112], Defendants hereby provide the Court with the current status of the parties efforts to meet and confer regarding the issues raised in the Motions to Compel.

As indicated in the Joint Motion for Extension of Time to File Joint Status Report [Dkt. #111], Plaintiffs and Defendants (the "Parties") have made significant progress toward resolving the issues raised in Defendants' Motions to Compel. As indicated in the Joint Motion for Extension of Time, on February 9, 2026, February 25, 2026, and again on March 3, 2026, the Parties engaged in a lengthy meet and confer via Zoom regarding the continued issues with Plaintiff's responses to the interrogatories, document productions and privilege log at issue in Defendants' pending Motions to

1

Compel. During those meet and confer efforts, Plaintiffs' counsel indicated that Plaintiffs are no longer seeking any damages in this action based on lost clients or lost client revenue. Rather, the only damages now claimed by Plaintiffs in this action are: (1) the cost of repairing Braun's professional reputation online, and (2) emotional harm resulting from Defendants' alleged defamatory conduct. Plaintiff's current counsel, Benjamin Lockyer, represented that he remains in contact with Braun to confirm that Ms. Braun intends further supplemental responses reflecting this position to many of the interrogatories and document requests at issue in Defendants' Motions to Compel, but Braun has failed to serve any supplemental responses to date.

Complicating a final resolution of these issues is the fact that Mr. Lockyer has represented to Defendants and to this Court that he intends to withdraw as counsel, and Plaintiff Propson intends to dismiss all of her claims in the Operative Complaint. (*See* Joint Motion [Dkt. #111], at ¶¶ 3-4). On March 6, 2026, and again on March 9, 2026, Defendants' counsel inquired whether Mr. Lockyer is authorized to continue discussions regarding the outstanding discovery issues, when Mr. Lockyer is filing his notice of withdrawal, when Propson is filing a dismissal of her claims, and, based on the timing of the foregoing, whether Defendants' counsel should be discussing these issues, as well as this Status Report, with someone else. (*See* Exhibit A hereto). On March 9, 2026, Mr. Lockyer responded that he was "waiting to hear back from [Plaintiff] Braun" and that he suspected "she will likely be taking over the meet and confer personally." Mr. Lockyer further stated that he had "offered to assist until [his] withdrawal is approved by the Court, but [he is] still waiting on this." (*Id.*) Defendants' counsel informed Mr. Lockyer that he was leaving the office at 6 PM (CST), and the Parties needed to file the Court's required Joint Status Report by that time. (*Id.*) As of 6 PM (CST), Defendants' counsel had not heard back from Mr. Lockyer and, therefore, is filing the Court's required Status Report on behalf of Defendants only.

As indicated above, while the parties appear to have made significant progress reaching a

2

resolution on many of the interrogatories and document requests at issue in Defendants' Motions to Compel, Plaintiffs have not confirmed and/or served any supplemental responses to date, and until they do, Defendants are uncertain whether and to what extent these discovery requests remain at issue.

During the Parties' meet and confer efforts, they did fail to reach an agreement as to Defendant Day's Interrogatory No. 25 to Braun (seeking all facts on which Braun denies any Requests for Admission), as Braun refuses to provide any substantive response and has indicated that she will be standing on her objections to this interrogatory. The Parties also failed to reach a resolution as to the content of Plaintiffs' privilege log, which Defendants contend is entirely inadequate, as it fails to satisfy "describe the nature of the withheld documents in a way that enables Defendants to "assess the claim." *Kaufman v. Am. Exp. Travel Related Servs. Co.*, 2011 U.S. Dist. LEXIS 4420, at *12-13 (N.D. Ill. Jan. 14, 2011) ("Rule 26(b)(5)(A) requires a party that withholds documents on the grounds that hey are attorney work product or are protected by the attorney client privilege to submit a privilege log that describes the nature of the withheld documents in a way 'that, without revealing any information itself privilege or protected, will enable other parties to assess the claim"). Plaintiffs refuse to include any information on the privilege log other than the sender, the recipient, and the privilege claimed.

Given that Defendants' Motions to Compel and the parties meet and confer efforts are now in limbo because of Mr. Lockyer's intention to withdraw as counsel (and Ms. Propson's imminent withdrawal of her claims which would moot the still-remaining issues as to her discovery responses), Defendants' request that this Court issue an order requiring Plaintiffs to (1) clarify who will be representing Braun in this action moving forward, (2) continue to engage in meet an confer discussions with Defendants and serve the supplemental responses Mr. Lockyer represented Plaintiffs would serve, and (3) file a dismissal of Propson's claims in the operative Complaint, as

Mr. Lockyer represented Propson intended to file. Once Defendants receive the supplemental responses promised by Plaintiffs, they can provide this Court with further information as to any other remaining issues raised by the Motions to Compel.

Respectfully submitted,

March 9, 2026

                                           *s/Brandon J. Witkow*
                                           Attorney for Defendants

                                           Brandon J. Witkow [pro hac vice]
                                           Cory A. Baskin
                                           WITKOW | BASKIN
                                           21031 Ventura Boulevard, Suite 700
                                           Woodland Hills, California 91364
                                           (818) 296-9508
                                           bw@witkowlaw.com

                                           *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the foregoing document was filed and served on all counsel of record noted below via the CM/ECF system of the United States District Court of the Northern District of Illinois.

>Benjamin C.R. Lockyer
>Lockyer Law LLC
>100 N. Riverside Plaza, Suite 2400
>Chicago, Illinois 60606
>ben@lockyerlaw.com
>
>*Attorney for Plaintiffs*
>Amy M. Doig
>COZEN O'CONNOR
>123 N. Wacker Dr., Suite 1800
>Chicago, Illinois 60606
>(312) 474-7900
>adoig@cozen.com
>
>Brandon J. Witkow
>Cory A. Baskin
>WITKOW | BASKIN
>21031 Ventura Boulevard, Suite 700
>Woodland Hills, California 91364
>(818) 296-9508
>bw@witkowlaw.com
>
>*Attorneys for Defendants*

Dated: March 9, 2026          /*s/ Brandon J. Witkow*_____

| | |
|---|---|
| **From:** | Brandon Witkow |
| **To:** | Ben Lockyer |
| **Cc:** | Brandon Witkow |
| **Subject:** | RE: Activity in Case 1:23-cv-16856 Braun et al v. Day et al order on motion for extension of time to file |
| **Date:** | Monday, March 9, 2026 8:37:47 AM |

Ok, but I am heading out of the office at 4pm PST today so Id like to get the status report on file by then.


Brandon J. Witkow
_____



21031 Ventura Boulevard I Suite 700
Woodland Hills I California I 91364
818.296.9508 office I 818.296.9510 facsimile
bw@witkowlaw.com I witkowlaw.com

IMPORTANT/CONFIDENTIAL: This message from the law firm of witkow|baskin is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system. Thank you.

**From:** Ben Lockyer <ben@lockyerlaw.com>
**Sent:** Monday, March 9, 2026 8:33 AM
**To:** Brandon Witkow <bw@witkowlaw.com>
**Cc:** Brandon Witkow <bw@witkowlaw.com>
**Subject:** Re: Activity in Case 1:23-cv-16856 Braun et al v. Day et al order on motion for extension of time to file

Brandon,

I am still waiting to hear back from Ms. Braun. I suspect that she will likely be taking over the meet and confer personally. I have offered to assist until my withdrawal is approved by the Court, but am still waiting on this.

I will provide as soon as I am able to.

**Benjamin C.R. Lockyer** | **PRINCIPAL**



6515 W. Archer Ave. | Chicago, IL 60638 | Direct: (773) 340-0011 | lockyerlaw.com

CONFIDENTIALITY NOTE This electronic mail may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is intended to be for the use of the recipients named in this mail. If you are not an intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is without authorization and is prohibited. If you receive this electronic mail in error, please notify us by return electronic mail and destroy this mail immediately. Thank you for your cooperation.

---

**From:** Brandon Witkow <bw@witkowlaw.com>

**Date:** Monday, March 9, 2026 at 10:23 AM

**To:** Ben Lockyer <ben@lockyerlaw.com>

**Cc:** Brandon Witkow <bw@witkowlaw.com>

**Subject:** RE: Activity in Case 1:23-cv-16856 Braun et al v. Day et al order on motion for extension of time to file

Ben, please advise as to whether you are authorized to continue to meet and confer on the discovery issues.   You have advised the Court that you are withdrawing and that Propson is filing a dismissal but you have not yet actually filed these motions, so it is not clear whether you are the correct person to further discuss these issues.   Please advise asap so that we can timely file our status report due today.


Brandon J. Witkow

_____



21031 Ventura Boulevard l Suite 700
Woodland Hills l California l 91364
818.296.9508 office l 818.296.9510 facsimile
bw@witkowlaw.com l witkowlaw.com

IMPORTANT/CONFIDENTIAL: This message from the law firm of witkow|baskin is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system. Thank you.

---

**From:** Brandon Witkow <bw@witkowlaw.com>

**Sent:** Friday, March 6, 2026 3:17 PM

**To:** Ben Lockyer <ben@lockyerlaw.com>
**Cc:** Brandon Witkow <bw@witkowlaw.com>
**Subject:** Fw: Activity in Case 1:23-cv-16856 Braun et al v. Day et al order on motion for extension of time to file

Ben- are you filing your withdrawal motion/Propson dismissal or should I be dealing with someone else on the discovery responses?


**Brandon J. Witkow**
_____

witkow | baskin
21031 Ventura Boulevard I Suite 700
Woodland Hills I California I 91364
818.296.9508 office I 818.296.9510 facsimile
bw@witkowlaw.com I witkowlaw.com

IMPORTANT/CONFIDENTIAL: This message from the law firm of witkow|baskin is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system. Thank you.

**From:** usdc_ecf_ilnd@ilnd.uscourts.gov <usdc_ecf_ilnd@ilnd.uscourts.gov>
**Sent:** Friday, March 6, 2026 2:24:54 PM
**To:** ecfmail_ilnd@ilnd.uscourts.gov <ecfmail_ilnd@ilnd.uscourts.gov>
**Subject:** Activity in Case 1:23-cv-16856 Braun et al v. Day et al order on motion for extension of time to file


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States District Court

### Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.5)

## Notice of Electronic Filing

The following transaction was entered on 3/6/2026 at 4:23 PM CST and filed on 3/6/2026

**Case Name:** Braun et al v. Day et al

**Case Number:** 1:23-cv-16856

**Filer:**

**Document Number:** 112

**Docket Text:**
**MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the joint motion for extension of time [111]. The parties report that they have met several times to narrow the discovery issues and have narrowed the issues. Parties motion for extension [111] is granted. Joint status report due 3/9/26. The Court strikes the hearing set for 3/10/26 in order to give the court time to review the matters that remain in dispute. Mailed notice. (jg, )**

**1:23-cv-16856 Notice has been electronically mailed to:**

Brandon Witkow     bw@witkowlaw.com

Amy Doig     amy-doig-6060@ecf.pacerpro.com, adoig@cozen.com

Cory Alexander Baskin     cb@witkowlaw.com

Benjamin C.R. Lockyer     zoe@lockyerlaw.com, john@lockyerlaw.com, ben@lockyerlaw.com, brianna@lockyerlaw.com

**1:23-cv-16856 Notice has been delivered by other means to:**