IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEANNETE BRAUN, BRAUN IP LAW, LLC, & LAUREN PROPSON,<br><br>      Plaintiffs,<br><br> v.<br><br>REBEKAH M. DAY NEE BOX, KC THE OWNER & OPERATOR OF THE ONLINE SOCIAL MEDIA ACCOUNT @CAFFINATEDKITTI, LILY MARSTON, & JESSICA VAZQUEZ<br><br>      Defendants. | Case No. 23 C 16856 |

## PLAINTIFFS STATUS REPORT[1]

  Plaintiffs Jeanette Braun, Braun IP Law, LLC, and Lauren Propson respectfully submit the following response to Defendants' Status Report regarding the pending motions to compel.

  Plaintiffs respectfully disagree with Defendants' characterization that discovery is presently "in limbo." The parties have engaged in multiple meet-and-confer sessions, and have significantly narrowed the scope of the issues raised in Defendants' motions to compel. Discovery continues to move forward. Plaintiff Braun has consistently represented her intention to complete discovery obligations and has participated in the preparation of her discovery responses. During the parties' meet-and-confer discussions, Plaintiffs clarified their damages theory and circulated draft supplemental discovery responses reflecting those clarifications.[1]

---

[1] Defendants' counsel did not circulate or contact Plaintiffs regarding their filed Status Report prior to filing. Plaintiffs therefore submit this response to ensure the Court has a complete description of the parties' meet-and-confer efforts and the status of discovery.

Plaintiffs have expressly narrowed their damages claims. Plaintiff Braun is no longer seeking damages based on unidentified lost clients or generalized lost client revenue. Rather, her damages are limited to (1) the cost of repairing her professional reputation online and (2) emotional harm resulting from Defendants' alleged defamatory conduct. As a result, many of the discovery disputes concerning client identities, billing records, and lost revenue calculations have been substantially narrowed or rendered moot. Plaintiff Braun maintains her objections to Defendants' demands that she disclose additional client identities on confidentiality and harassment grounds.

Defendants also overstate the impact of counsel's anticipated withdrawal. Contemporaneously with the filing of this Status Report, counsel for Plaintiffs is filing a motion to withdraw, and Plaintiff Propson is filing a dismissal of her claims. These filings do not halt discovery. Plaintiff Braun has been apprised of all discovery matters, has participated in discussions regarding discovery responses, and intends either to obtain substitute counsel or to continue addressing discovery obligations directly if necessary. Counsel has also offered to facilitate the completion and service of any remaining responses during this transition.

Several of the issues Defendants now characterize as unresolved were not raised during the parties' meet-and-confer discussions. For example, the issues Defendants now raise concerning certain interrogatories directed to Plaintiff Braun were not raised during the meet-and-confer calls referenced in Defendants' Status Report. To the extent Defendants intended to raise additional disputes, Plaintiffs were not contacted by email or phone regarding those issues prior to the filing of Defendants' Status Report.

The parties have clarified their respective positions regarding the remaining categories of disputes. Plaintiff Braun maintains her objections based on attorney–client privilege, work-product protection, and the Illinois Rules of Professional Conduct where disclosure would reveal

confidential client information. Plaintiffs likewise maintain their objections regarding the confidentiality of ARDC materials under applicable Illinois Supreme Court rules. These positions were communicated during the parties' meet-and-confer discussions.

Finally, Plaintiffs remain willing to continue meeting and conferring to resolve any remaining issues. Plaintiff Braun has indicated that she is willing to discuss discovery matters directly if necessary in order to clarify her positions and further narrow any issues remaining from Defendants' motions to compel.

Dated: March 9, 2026.                                   Respectfully Submitted,


                                                         *s/      Benjamin Lockyer*

                                                         Benjamin C.R. Lockyer
                                                         Lockyer Law LLC
                                                         6515 W. Archer Ave.
                                                         Chicago, Illinois 60638
                                                         ben@lockyerlaw.com

                                                         *Attorney for Plaintiffs*