IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEANNETE BRAUN, BRAUN IP LAW, LLC, & LAUREN PROPSON,<br><br>    Plaintiffs,<br>v.<br><br>REBEKAH M. DAY NEE BOX, KC THE OWNER & OPERATOR OF THE ONLINE SOCIAL MEDIA ACCOUNT @CAFFINATEDKITTI, LILY MARSTON, & JESSICA VAZQUEZ<br><br>    Defendants. | Case No. 23 C 16856 |

**NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF LAUREN PROPSON**

Plaintiff Lauren Propson hereby voluntarily dismisses all of her claims (Count VII and Count VIII) in this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The claims of Plaintiffs Jeanette Braun and Braun IP Law, LLC remain pending.

Dated: March 9, 2026.    Respectfully Submitted,

               *s/ Benjamin Lockyer*

               Benjamin C.R. Lockyer
               Lockyer Law LLC
               6515 W. Archer Ave.
               Chicago, Illinois 60638
               ben@lockyerlaw.com

               *Attorney for Plaintiff Lauren Propson*