IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEANETTE BRAUN, <br> BRAUN IP LAW, LLC & <br> LAUREN PROPSON, <br> <br> Plaintiffs, <br> <br> v. <br> <br> REBEKAH M. DAY NEE BOXX, <br> KRISTA CARTER, <br> LILY MARSTON, & <br> JESSICA VAZQUEZ, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 23 C 16856 <br> <br> Hon. J. Mary Rowland <br> <br> Mag. J. M. David Weisman |

## **MOTION TO WITHDRAW AS COUNSEL**

Benjamin Lockyer, counsel of record for Plaintiffs Jeanette Braun and Braun IP Law, LLC, respectfully moves this Court for leave to withdraw as counsel in the above-captioned matter. In support of this Motion, counsel states as follows:

1. Counsel and Plaintiffs have mutually agreed to end the attorney-client relationship.

2. Withdrawal can be accomplished without material adverse effect on Plaintiffs' interests. Plaintiff Jeanette Braun has been apprised of all matters currently pending in this case, including discovery obligations and upcoming proceedings.

3. Plaintiff Braun intends to secure substitute counsel. In the interim, she is able to proceed on her own behalf if necessary and has indicated her intent to continue participating in this litigation.

4. Plaintiffs have received notice of counsel's intent to withdraw and do not oppose this Motion.

5. A Notification of Party Contact Information for Plaintiff Braun is attached to this Motion.

2

WHEREFORE, counsel respectfully requests that the Court enter an Order granting this Motion and permitting Benjamin Lockyer and Lockyer Law LLC to withdraw as counsel of record for Plaintiffs Jeanette Braun and Braun IP Law, LLC.

                                                Respectfully submitted,

                                                */s/ Benjamin C.R. Lockyer*
                                                Lockyer Law LLC
                                                6515 W. Archer Ave.
                                                Chicago, Illinois 60638

                                                ***Attorney for Plaintiffs Jeanette Braun and Braun IP Law LLC***