**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other
attorney of record has been noted on the docket. A completed form must be electronically filed
as an attachment to the motion to withdraw.  The address and telephone number of your client
must be completed on this form to enable the Court to contact your client in the future if the
motion to withdraw is granted.

**Case Number**: 23 C 16856

**Case Title**: Braun v. Day

**Judge**: Hon. J. Mary Rowland

**Name of Attorney submitting the motion to withdraw**: Benjamin C.R.
Lockyer

**Name of Client:** Jeanette Braun and Braun IP Law, LLC

**Mailing address of Client**:

1600 W. Lake Street

Suite 103B

Addison, IL 60101

jmbraun@brauniplaw.com

> **I attest that the above information is true and correct to the best of my
> knowledge.**

**Signed:** _

/s/ Benjamin C.R. Lockyer

**Date: Tuesday, March 3, 2026**