## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Jeanette Braun, et al.
                            Plaintiff,

v.                                                             Case No.: 1:23−cv−16856
                                                                            Honorable Mary M. Rowland

Rebekah M Day, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 10, 2026:

      MINUTE entry before the Honorable Mary M. Rowland: Plaintiff Lauren Propson voluntarily dismisses her claims, Count VII and Count VIII, without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). [115] Counts VII and VIII are dismissed. Plaintiffs' counsel motion to withdraw [116] is granted. Attorney Lockyer terminated as counsel of record. Plaintiffs Jeanette Braun and Braun IP Law, LLC's replacement counsel must make an appearance by 3/31/26, or Plaintiffs will proceed pro se. The Court has reviewed the status reports submitted by the parties [113]; [114]. Counsel have engaged in meet and confers and have made significant progress. Braun has narrowed her claimed damages and has agreed to supplement. Braun's supplement is due by 4/6/16. THAT IS A FIRM DATE. Given the narrowing of discovery disputes, the Court denies the motions to compel [88]; [89] without prejudice. Defendants may bring a revised motion to compel if necessary. Parties are to file a status report by 4/15/26 on the status of Plaintiffs' counsel and discovery discussions. By 4/22/26 Parties are also to file any motion to compel that details the outstanding discovery that remains in dispute following the meet and confer process. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.