Case: 1:23-cv-16856 Document #: 123-1 Filed: 04/15/26 Page 1 of 16 PageID #:1667



eanette M. B aun <  bra  n@bra  niplaw.co  >

## aun v Day: Plaintiff Second Supplemental ROGS

eanette M. B aun <jmbraun@brauniplaw.com>                                    Tue, Apr 14, 2026 at 6:29 PM
To: Brandon Witkow <bw@witkowlaw.com>
Cc: "adoig@cozen.com" <adoig@cozen.com>, Cory Baskin <Cb@witkowlaw.com>

Counsel,

The simplest solution is for me to handle the filing. This will keep the process moving and ensure compliance with the Court's directive for a joint submission.

I will not make any revisions to Defendants' section and will only add Plaintiffs' portion. I will circulate the complete draft to you and your co-counsel for review prior to filing so that you can confirm your section remains unchanged. I will file by 7:00 p.m. CT if I do not receive an objection from someone on your side.

This approach should allow us to proceed efficiently while preserving each side's positions in a single joint report.

Business hours are over in IL, and I will not be responding further this evening.

Regards,

Jeanette

On Tue, Apr 14, 2026 at 6:23 PM Brandon Witkow <bw@witkowlaw.com> wrote:

> I am the handling attorney and I will be handling the filing.
>
>
>
>
>
>
> **Brandon   . Witkow**
>
> _____
>
>
>
>
>
> 21031 Ventura Boulevard I Suite 700
>
> Woodland Hills I California I 91364
>
> 818.296.9508 office I 818.296.9510 facsimile
>
> bw@witkowlaw.com I witkowlaw.com
>
>
> IMPORTANT/CONFIDENTIAL: This message from the law firm of witkow|baskin is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system. Thank you.

EXHIBIT A

**From:** Jeanette M. Braun <jmbraun@brauniplaw.com>
**Sent:** Tuesday, April 14, 2026 3:21 PM
**To:** Brandon Witkow <bw@witkowlaw.com>
**Cc:** adoig@cozen.com; Cory Baskin <Cb@witkowlaw.com>
**Subject:** Re: Braun v Day: Plaintiff Second Supplemental ROGS

Counsel,

Your proposed 9:00 a.m. PST deadline is not workable for me, and it was set unilaterally without coordination. As I indicated, I will provide my portion by 5:00 p.m. CT tomorrow. I hope to get it to you sooner.

Given that multiple defense counsel are copied on this email, there is no practical need to impose an accelerated deadline based on your travel schedule. The timeline I provided is reasonable and allows for a proper joint submission consistent with the Court's expectations. I do not agree to an arbitrary deadline or to proceeding in a manner that departs from the Court's directive for a joint filing.

Please confirm whether you and your co-counsel will work toward a joint submission on that timeline.

Regards,

Jeanette

On Tue, Apr 14, 2026 at 6:17 PM Brandon Witkow <bw@witkowlaw.com> wrote:

> I am not waiting until 5pm tomorrow as I have a flight in the late morning.   If you do not provide your edits to me by 9am PST tomorrow, I will file Defendants section of the report.   This is not a game.  I am not waiting unnecessarily waiting for you to make (what is likely) minor edits to your section for 24+ hours.   You are welcome to advise the court whatever you would like.   9am PST tomorrow is your deadline.

**Brandon J. Witkow**

_____



21031 Ventura Boulevard I Suite 700

Woodland Hills I California I 91364

818.296.9508 office I 818.296.9510 facsimile

bw@witkowlaw.com I witkowlaw.com

IMPORTANT/CONFIDENTIAL: This message from the law firm of witkow|baskin is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of

EXHIBIT A

this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system. Thank you.

---

**From:** Jeanette M. Braun <jmbraun@brauniplaw.com>
**Sent:** Tuesday, April 14, 2026 3:13 PM
**To:** Brandon Witkow <bw@witkowlaw.com>
**Cc:** adoig@cozen.com; Cory Baskin <Cb@witkowlaw.com>
**Subject:** Re: Braun v Day: Plaintiff Second Supplemental ROGS


Mr. Witkow,

I do not consent to the revisions you made to the document, to the attached version, or to any filing bearing my signature in its current form.

Additionally, 9:00 a.m. does not work for me. I will provide my portion by 5:00 p.m. CT tomorrow.

If you elect to proceed with filing a non-joint report in a manner inconsistent with the Court's order, I will take appropriate action to address that issue.

Regards,

Jeanette


On Tue, Apr 14, 2026 at 6:07 PM Brandon Witkow <bw@witkowlaw.com> wrote:

> Counsel,
>
>
> Attached is an updated version of the Joint Status Report that includes your additions. Please note that we requested you provide your additions in a separate section, as opposed to a wholesale modification of Defendants' section. Thus, we have rejected all of your edits to Defendants section and set forth Defendants' position in the first section, and your position as you provided to me this afternoon is set forth in the second section. The only modifications we have made to our section is the deletion of the following two sentences:
>
>
> -"The undersigned counsel emailed Ms. Braun on April 11, 2026 requesting
>
> whether such supplemental responses would be served, but Braun has not responded to this inquiry." (Section II.A of Defendants' Portion)
>
> - "As with the supplemental document requests discussed above, Ms. Braun has failed to respond to counsel's inquiry regarding whether a compliant privilege log will be served." (Section II.B of Defendants' Portion)
>
>
> We have not made any modifications to your position other than to move it to the second section of the report.  We intend to file this version of the Joint Report tomorrow at 9 AM PT. Please confirm by then that we are authorized to apply your electronic signature. If we do not hear from you by then, we will only file our section.

EXHIBIT A

**Brandon J. Witkow**

_____



21031 Ventura Boulevard I Suite 700

Woodland Hills I California I 91364

818.296.9508 office I 818.296.9510 facsimile

bw@witkowlaw.com I witkowlaw.com

IMPORTANT/CONFIDENTIAL: This message from the law firm of witkow|baskin is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system. Thank you.

_____

**From:** Jeanette M. Braun <jmbraun@brauniplaw.com>
**Sent:** Tuesday, April 14, 2026 1:55 PM
**To:** Brandon Witkow <bw@witkowlaw.com>
**Cc:** adoig@cozen.com; Cory Baskin <Cb@witkowlaw.com>
**Subject:** Re: Braun v Day: Plaintiff Second Supplemental ROGS

Counselors,

Attached is my revised Joint Status Report in redline. If you revise it in any way, you do not have authority yet to add my signature. Please send me revisions to review and approve or dispute prior to filing.

Regards,

Jeanette

On Mon, Apr 13, 2026 at 7:56 PM Jeanette M. Braun <jmbraun@brauniplaw.com> wrote:

> Mr. Witkow,
>
> Your last email reflected a tone that is not considered appropriate under the IRPC. I am willing to treat this as a one time lapse, but I expect all future communications to remain civil and professional. Because you are now practicing in Illinois, I encourage you to review the following resource regarding professionalism and civility: https://www.2civility.org/civility/.

EXHIBIT A

Best,

Jeanette


On Mon, Apr 13, 2026 at 7:52 PM Brandon Witkow <bw@witkowlaw.com> wrote:

> Im not wasting time on this.   If you do not timely provide me your insert to the joint report, I will file as is.
>
>
>
>
> **Brandon J. Witkow**
>
> _____
>
>
>
>
> 21031 Ventura Boulevard I Suite 700
>
> Woodland Hills I California I 91364
>
> 818.296.9508 office I 818.296.9510 facsimile
>
> bw@witkowlaw.com I witkowlaw.com
>
>
> IMPORTANT/CONFIDENTIAL: This message from the law firm of witkow|baskin is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system. Thank you.
>
> _____
>
> **From:** Jeanette M. Braun <jmbraun@brauniplaw.com>
> **Sent:** Monday, April 13, 2026 4:50 PM
> **To:** Brandon Witkow <bw@witkowlaw.com>
> **Cc:** adoig@cozen.com; Cory Baskin <Cb@witkowlaw.com>
> **Subject:** Re: Braun v Day: Plaintiff Second Supplemental ROGS
>
>
> Respectfully, no.  The language is clear: Parties (in the plural). Judge Rowland would have said Defendants if that is who she meant.
>
>
> On Mon, Apr 13, 2026 at 7:47 PM Brandon Witkow <bw@witkowlaw.com> wrote:
>
>> That refers to Defendants' motion to compel which was filed before the discovery cutoff.

EXHIBIT A

**Brandon J. Witkow**

_____



21031 Ventura Boulevard I Suite 700

Woodland Hills I California I 91364

818.296.9508 office I 818.296.9510 facsimile

bw@witkowlaw.com I witkowlaw.com

IMPORTANT/CONFIDENTIAL: This message from the law firm of witkow|baskin is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system. Thank you.

_____

**From:** Jeanette M. Braun <jmbraun@brauniplaw.com>
**Sent:** Monday, April 13, 2026 4:46 PM
**To:** Brandon Witkow <bw@witkowlaw.com>
**Cc:** adoig@cozen.com; Cory Baskin <Cb@witkowlaw.com>
**Subject:** Re: Braun v Day: Plaintiff Second Supplemental ROGS

Received. The March 10 Order states "By 4/22/26 Parties are also to file any motion to compel that details the outstanding discovery that remains in dispute following the meet and confer process."

On Mon, Apr 13, 2026 at 7:40 PM Brandon Witkow <bw@witkowlaw.com> wrote:

Please find attached a draft of the joint status report.  Please provide me your inserts into your own section by close of business tomorrow.

With respect to your email below, written discovery closed on 11.30.25 [Dkt #80] so any attempt at a motion to compel now is untimely.

**Brandon J. Witkow**

_____



EXHIBIT A

Case: 1:23-cv-16856 Document #: 123-1 Filed: 04/15/26 Page 7 of 16 PageID #:1673

21031 Ventura Boulevard I Suite 700

Woodland Hills I California I 91364

818.296.9508 office I 818.296.9510 facsimile

bw@witkowlaw.com I witkowlaw.com

IMPORTANT/CONFIDENTIAL: This message from the law firm of witkow|baskin is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system. Thank you.

---

**From:** Jeanette M. Braun <jmbraun@brauniplaw.com>
**Sent:** Monday, April 13, 2026 4:35 PM
**To:** Brandon Witkow <bw@witkowlaw.com>
**Cc:** adoig@cozen.com; Cory Baskin <Cb@witkowlaw.com>
**Subject:** Re: Braun v Day: Plaintiff Second Supplemental ROGS

Mr. Witkow,

Please explain how those RFPs remain relevant in light of the Court's March 13 order. Any suggestion that I have failed to comply, without accounting for the effect of that order, would be inaccurate, and I will address any such mischaracterization appropriately, including with the Court if necessary.

I am working on a letter identifying the deficiencies in Day's and Marston's discovery responses and expect to send it tomorrow. I hope motion practice will not be necessary, but I am prepared to proceed if these issues cannot be resolved.

Judge Rowland ordered the filing of a joint status report, and I expect that we will comply with that directive. Please let me know whether you will participate in a joint report or intend to file separately.

Best,

Jeanette

On Sat, Apr 11, 2026 at 5:38 PM Brandon Witkow <bw@witkowlaw.com> wrote:

> Ms. Braun:
>
> As an initial matter, if you have been unable to locate replacement counsel, please file a notice of appearance with the court.
>
> We are in receipt of Plaintiff Braun and Braun IP Law's Second Supplemental Response to Defendant Marston's First Set of Interrogatories and Defendant Day's First Set of Interrogatories served on April 6, 2026. We are in the process of reviewing the substance of the supplemental

EXHIBIT A

Case: 1:23-cv-16856 Document #: 123-1 Filed: 04/15/26 Page 8 of 16 PageID #:1674

responses, and will provide as to these responses in the Status Report on Defendants' pending Motion to Compel due on April 15.

In the meantime, do you intend on serving supplemental responses to any RFPs per the meet and confer discussions I conducted with Mr. Lockyer prior to his withdrawal as counsel? Specifically, Mr. Lockyer represented that Defendants would be serving further supplemental responses to Marston RFP Nos. 8 and 39 and Day RFP No. 22 and 23, but none have been served.

In addition, we have not received a revised privilege log identifying the required information to establish privilege.

Please advise as to whether you will be providing the foregoing discovery documents so that we may properly advise the court.

**Brandon J. Witkow**

_____

**witkow** | **baskin**

21031 Ventura Boulevard I Suite 700

Woodland Hills I California I 91364

818.296.9508 office I 818.296.9510 facsimile

bw@witkowlaw.com I witkowlaw.com

IMPORTANT/CONFIDENTIAL: This message from the law firm of witkow|baskin is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system. Thank you.

**From:** Jeanette M. Braun <jmbraun@brauniplaw.com>
**Sent:** Monday, April 6, 2026 7:26:27 PM
**To:** Brandon Witkow <bw@witkowlaw.com>
**Cc:** adoig@cozen.com <adoig@cozen.com>; Cory Baskin <Cb@witkowlaw.com>
**Subject:** Re: Braun v Day: Plaintiff Second Supplemental ROGS

What wholesale change of position?



**Jeanette M. Braun, Esq.**

EXHIBIT A

Case: 1:23-cv-16856 Document #: 123-1 Filed: 04/15/26 Page 9 of 16 PageID #:1675

**Attorney at Law**

(312) 373-0330 | jmbraun@brauniplaw.com

1600 W. Lake Street

Suite 103B

Addison, IL 60101

www.brauniplaw.com (under construction)

Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is ATTORNEY PRIVILEGED and CONFIDENTIAL information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail.  Thank you.

IRS CIRCULAR 230 NOTICE.  To the extent the preceding message or any attachment contains written advice relating to a Federal tax issue, the written advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purposes of avoiding Federal tax penalties, and was not written to support the promotion or marketing of the transaction or matters discussed herein.

Braun IP Law does not provide tax advice.  Accordingly, any discussion of U.S. tax matters or other matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing, investment, or recommendation by anyone unaffiliated with Braun IP Law, on any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.

Information contained in this e-mail transmission is privileged, confidential and covered by The Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. If you are not the intended recipient, do not read, distribute, or reproduce this transmission.  If you have received this email transmission in error, please notify us immediately of the error by returning the email and please delete the message from your system. Thank you in advance for your cooperation.

On Mon, Apr 6, 2026 at 9:25 PM Brandon Witkow <bw@witkowlaw.com> wrote:

> Thank you.   We will advise the Court of your wholesale change in position since Mr. Lockyer's withdrawal and proceed with our motions to compel.
>
> **Brandon J. Witkow**
>
> _____
>
>
>
> 21031 Ventura Boulevard I Suite 700
>
> Woodland Hills I California I 91364
>
> 818.296.9508 office I 818.296.9510 facsimile

EXHIBIT A

Case: 1:23-cv-16856 Document #: 123-1 Filed: 04/15/26 Page 10 of 16 PageID #:1676

bw@witkowlaw.com I witkowlaw.com

IMPORTANT/CONFIDENTIAL: This message from the law firm of witkow|baskin is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system. Thank you.

---

**From:** Jeanette M. Braun <jmbraun@brauniplaw.com>
**Sent:** Monday, April 6, 2026 7:19 PM
**To:** adoig@cozen.com; Brandon Witkow <bw@witkowlaw.com>; Cory Baskin <Cb@witkowlaw.com>
**Subject:** Braun v Day: Plaintiff Second Supplemental ROGS

Counselors,

Attached please find the supplements.

Regards,

Jeanette

--



**Jeanette M. Braun, Esq.**

**Attorney at Law**

(312) 373-0330 | jmbraun@brauniplaw.com

1600 W. Lake Street

Suite 103B

Addison, IL 60101

www.brauniplaw.com (under construction)

Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is ATTORNEY PRIVILEGED and CONFIDENTIAL information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail. Thank you.

IRS CIRCULAR 230 NOTICE.  To the extent the preceding message or any attachment contains written advice relating to a Federal tax issue, the written advice is not intended or written to be used, and it cannot be used by the recipient or any other

EXHIBIT A

taxpayer, for the purposes of avoiding Federal tax penalties, and was not written to support the promotion or marketing of the transaction or matters discussed herein.

Braun IP Law does not provide tax advice.  Accordingly, any discussion of U.S. tax matters or other matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing, investment, or recommendation by anyone unaffiliated with Braun IP Law, on any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.

Information contained in this e-mail transmission is privileged, confidential and covered by The Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. If you are not the intended recipient, do not read, distribute, or reproduce this transmission.  If you have received this email transmission in error, please notify us immediately of the error by returning the email and please delete the message from your system. Thank you in advance for your cooperation.

--



**Jeanette M. Braun, Esq.**

**Attorney at Law**

(312) 373-0330 | jmbraun@brauniplaw.com

1600 W. Lake Street

Suite 103B

Addison, IL 60101

www.brauniplaw.com (under construction)

Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is ATTORNEY PRIVILEGED and CONFIDENTIAL information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail.  Thank you.

IRS CIRCULAR 230 NOTICE.  To the extent the preceding message or any attachment contains written advice relating to a Federal tax issue, the written advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purposes of avoiding Federal tax penalties, and was not written to support the promotion or marketing of the transaction or matters discussed herein.

Braun IP Law does not provide tax advice.  Accordingly, any discussion of U.S. tax matters or other matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing, investment, or recommendation by anyone unaffiliated with Braun IP Law, on any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.

Information contained in this e-mail transmission is privileged, confidential and covered by The Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. If you are not the intended recipient, do not read, distribute, or reproduce this transmission.  If you have received this email transmission in error, please notify us immediately of the error by returning the email and please delete the message from your system. Thank you in advance for your cooperation.

--

EXHIBIT A

Case: 1:23-cv-16856 Document #: 123-1 Filed: 04/15/26 Page 12 of 16 PageID #:1678



**Jeanette M. Braun, Esq.**

**Attorney at Law**

(312) 373-0330 | jmbraun@brauniplaw.com

1600 W. Lake Street

Suite 103B

Addison, IL 60101

www.brauniplaw.com (under construction)

Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is ATTORNEY PRIVILEGED and CONFIDENTIAL information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail.  Thank you.

IRS CIRCULAR 230 NOTICE.  To the extent the preceding message or any attachment contains written advice relating to a Federal tax issue, the written advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purposes of avoiding Federal tax penalties, and was not written to support the promotion or marketing of the transaction or matters discussed herein.

Braun IP Law does not provide tax advice.  Accordingly, any discussion of U.S. tax matters or other matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing, investment, or recommendation by anyone unaffiliated with Braun IP Law, on any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.

Information contained in this e-mail transmission is privileged, confidential and covered by The Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. If you are not the intended recipient, do not read, distribute, or reproduce this transmission.  If you have received this email transmission in error, please notify us immediately of the error by returning the email and please delete the message from your system. Thank you in advance for your cooperation.

--



**Jeanette M. Braun, Esq.**

**Attorney at Law**

(312) 373-0330 | jmbraun@brauniplaw.com

1600 W. Lake Street

Suite 103B

Addison, IL 60101

www.brauniplaw.com (under construction)

EXHIBIT A

Case: 1:23-cv-16856 Document #: 123-1 Filed: 04/15/26 Page 13 of 16 PageID #:1679

Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is ATTORNEY PRIVILEGED and CONFIDENTIAL information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail.  Thank you.

IRS CIRCULAR 230 NOTICE.  To the extent the preceding message or any attachment contains written advice relating to a Federal tax issue, the written advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purposes of avoiding Federal tax penalties, and was not written to support the promotion or marketing of the transaction or matters discussed herein.

Braun IP Law does not provide tax advice.  Accordingly, any discussion of U.S. tax matters or other matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing, investment, or recommendation by anyone unaffiliated with Braun IP Law, on any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.

Information contained in this e-mail transmission is privileged, confidential and covered by The Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. If you are not the intended recipient, do not read, distribute, or reproduce this transmission.  If you have received this email transmission in error, please notify us immediately of the error by returning the email and please delete the message from your system. Thank you in advance for your cooperation.

--



**Jeanette M. Braun, Esq.**

**Attorney at Law**

(312) 373-0330 | jmbraun@brauniplaw.com

1600 W. Lake Street

Suite 103B

Addison, IL 60101

www.brauniplaw.com (under construction)

Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is ATTORNEY PRIVILEGED and CONFIDENTIAL information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail.  Thank you.

IRS CIRCULAR 230 NOTICE.  To the extent the preceding message or any attachment contains written advice relating to a Federal tax issue, the written advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purposes of avoiding Federal tax penalties, and was not written to support the promotion or marketing of the transaction or matters discussed herein.

Braun IP Law does not provide tax advice.  Accordingly, any discussion of U.S. tax matters or other matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing, investment, or recommendation by anyone unaffiliated with Braun IP Law, on any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.

Information contained in this e-mail transmission is privileged, confidential and covered by The Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. If you are not the intended recipient, do not read, distribute, or reproduce this transmission.  If you have received this email transmission in error, please notify us immediately of the error by returning the email and please delete the message from your system. Thank you in advance for your cooperation.

EXHIBIT A

--

**Jeanette M. Braun, Esq.**

**Attorney at Law**

(312) 373-0330 | jmbraun@brauniplaw.com

1600 W. Lake Street

Suite 103B

Addison, IL 60101

www.brauniplaw.com (under construction)

Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is ATTORNEY PRIVILEGED and CONFIDENTIAL information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail.  Thank you.

IRS CIRCULAR 230 NOTICE.  To the extent the preceding message or any attachment contains written advice relating to a Federal tax issue, the written advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purposes of avoiding Federal tax penalties, and was not written to support the promotion or marketing of the transaction or matters discussed herein.

Braun IP Law does not provide tax advice.  Accordingly, any discussion of U.S. tax matters or other matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing, investment, or recommendation by anyone unaffiliated with Braun IP Law, on any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.

Information contained in this e-mail transmission is privileged, confidential and covered by The Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. If you are not the intended recipient, do not read, distribute, or reproduce this transmission.  If you have received this email transmission in error, please notify us immediately of the error by returning the email and please delete the message from your system. Thank you in advance for your cooperation.

--

**Jeanette M. Braun, Esq.**

**Attorney at Law**

(312) 373-0330 | jmbraun@brauniplaw.com

1600 W. Lake Street

Suite 103B

Addison, IL 60101

www.brauniplaw.com (under construction)

EXHIBIT A

Case: 1:23-cv-16856 Document #: 123-1 Filed: 04/15/26 Page 15 of 16 PageID #:1681

Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is ATTORNEY PRIVILEGED and CONFIDENTIAL information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail.  Thank you.

IRS CIRCULAR 230 NOTICE.  To the extent the preceding message or any attachment contains written advice relating to a Federal tax issue, the written advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purposes of avoiding Federal tax penalties, and was not written to support the promotion or marketing of the transaction or matters discussed herein.

Braun IP Law does not provide tax advice.  Accordingly, any discussion of U.S. tax matters or other matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing, investment, or recommendation by anyone unaffiliated with Braun IP Law, on any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.

Information contained in this e-mail transmission is privileged, confidential and covered by The Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. If you are not the intended recipient, do not read, distribute, or reproduce this transmission.  If you have received this email transmission in error, please notify us immediately of the error by returning the email and please delete the message from your system. Thank you in advance for your cooperation.

--



**Jeanette M. Braun, Esq.**

**Attorney at Law**

(312) 373-0330 | jmbraun@brauniplaw.com

1600 W. Lake Street

Suite 103B

Addison, IL 60101

www.brauniplaw.com (under construction)

Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is ATTORNEY PRIVILEGED and CONFIDENTIAL information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail.  Thank you.

IRS CIRCULAR 230 NOTICE.  To the extent the preceding message or any attachment contains written advice relating to a Federal tax issue, the written advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purposes of avoiding Federal tax penalties, and was not written to support the promotion or marketing of the transaction or matters discussed herein.

Braun IP Law does not provide tax advice.  Accordingly, any discussion of U.S. tax matters or other matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing, investment, or recommendation by anyone unaffiliated with Braun IP Law, on any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.

Information contained in this e-mail transmission is privileged, confidential and covered by The Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. If you are not the intended recipient, do not read, distribute, or reproduce this transmission.  If you have received this email transmission in error, please notify us immediately of the error by returning the email and please delete the message from your system. Thank you in advance for your cooperation.

EXHIBIT A

--

**Jeanette M. Braun, Esq.**

**Attorney at Law**

(312) 373-0330 | jmbraun@brauniplaw.com

1600 W. Lake Street

Suite 103B

Addison, IL 60101

www.brauniplaw.com (under construction)

Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is ATTORNEY PRIVILEGED and CONFIDENTIAL information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail.  Thank you.

IRS CIRCULAR 230 NOTICE.  To the extent the preceding message or any attachment contains written advice relating to a Federal tax issue, the written advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purposes of avoiding Federal tax penalties, and was not written to support the promotion or marketing of the transaction or matters discussed herein.

Braun IP Law does not provide tax advice.  Accordingly, any discussion of U.S. tax matters or other matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing, investment, or recommendation by anyone unaffiliated with Braun IP Law, on any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.

Information contained in this e-mail transmission is privileged, confidential and covered by The Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. If you are not the intended recipient, do not read, distribute, or reproduce this transmission.  If you have received this email transmission in error, please notify us immediately of the error by returning the email and please delete the message from your system. Thank you in advance for your cooperation.

EXHIBIT A