IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| | ) | |
| JEANETTE BRAUN, & | ) | |
| BRAUN IP LAW, LLC | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 23 C 16856 |
| | ) | |
| v. | ) | Hon. J. Mary Rowland |
| | ) | |
| REBEKAH M. DAY NEE BOXX, & | ) | Mag. J. M. David Weisman |
| LILY MARSTON, | ) | |
| Defendants. | ) | |

## DECLARATION OF JEANETTE M. BRAUN

I, Jeanette M. Braun, declare as follows:

1. I am the Plaintiff Jeanette Braun and represent the Plaintiff Braun IP Law, LLC in the above-captioned matter. I submit this Declaration in support of Plaintiffs' Motion to Strike or Disregard Defendants' Status Report [Dkt. 120] and to Require Compliance with the Court's Order.

2. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently thereto.

3. On March 10, 2026, the Court directed the parties to submit a joint status report.

4. On April 13, 2026, counsel for Defendants circulated a draft document titled "Defendants Status Report" and requested that Plaintiffs provide input.

5. On April 14, 2026, I returned a revised version of that draft in redline form. My revisions were intended to convert the document into a joint status report and to remove argumentative language and characterizations that I did not agree to include.

6. I did not provide Defendants with a finalized, standalone "Plaintiffs' section" for filing. My revisions were provided as part of an effort to create a single joint submission,

1

EXHIBIT B

subject to further review and approval.

7. Later on April 14, 2026, Defendants' counsel circulated a revised version of the document that removed my edits from the body of the draft and placed them into a separate section attributed to Plaintiffs, leaving Defendants original language in the Joint Status Report, which was not redressed in the previous version sent. Defendants' counsel also imposed a deadline of 9:00 a.m. Pacific Time on April 15, 2026 for further revisions.

8. I informed Defendants' counsel that the proposed deadline was not workable and that I would provide my portion by 5:00 p.m. Central Time on April 15, 2026.

9. I also proposed a method to ensure compliance with the Court's directive for a joint status report, including offering to compile and file a single joint report that preserved Defendants' section and added Plaintiffs' portion, subject to circulation to all counsel prior to filing.

10. Defendants' counsel did not respond to that proposal.

11. On April 15, 2026, Defendants filed a document titled "Defendants' Status Report" [Dkt. 120], which was not a joint submission.

12. On April 14, 2026, Plaintiffs filed a Motion for Pro Hac Vice admission in this matter, which was served through the Court's electronic filing system and by email to all of Defendants' counsel of record.

13. Exhibit A attached to Plaintiffs' Combined Motion Plaintiffs' Combined Motion and Memorandum to Strike Defendants' Status Report [Dkt. 120], to Require Compliance with the Court's Order, and for Other Appropriate Relief is a true and correct copy of the email correspondence referenced in this Declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

2

EXHIBIT B

Executed on April 15, 2026.

*s/Jeanette M. Braun*

Jeanette M. Braun
Braun IP Law, LLC
1600 W. Lake Street, Suite 103B
Addison, IL 60101
(312) 373-0330
docket@brauniplaw.com

*Attorneys for Plaintiffs*

EXHIBIT B

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the foregoing document was filed and served on all counsel of record noted below via the CM/ECF system of the United States District Court of the Northern District of Illinois.

Amy M. Doig
COZEN O'CONNOR
123 N. Wacker Dr., Suite 1800
Chicago, Illinois 60606
(312) 474-7900
adoig@cozen.com

Brandon J. Witkow
Cory A. Baskin
WITKOW │ BASKIN
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
(818) 296-9508
bw@witkowlaw.com
cb@witkowlaw.com

Dated: April 15, 2026                    /s/ *Jeanette M. Braun*

4

EXHIBIT B