**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: JEANETTE BRAUN &amp;             Case Number: 23 C 16856
BRAUN IP LAW, LLC,  Plaintiffs

v.

REBEKAH M. DAY NEE BOXX &amp; LILY
MARSTON, Defendants

An appearance is hereby filed by the undersigned as attorney for:
Jeanette M. Braun and Braun IP Law, LLC

Attorney name (type or print):  Jeanette M. Braun

Firm:     Braun IP Law, LLC

Street address:       1600 W. Lake Street, Suite 103B

City/State/Zip:     Addison, IL 60101

Bar ID Number:  6332483                    Telephone Number:    312-373-0330
(See item 3 in instructions)

Email Address: docket@brauniplaw.com

Are you acting as lead counsel in this case?              X☐  Yes       ☐  No

Are you a member of the court's general bar?              ☐  Yes       X☐  No

Are you a member of the court's trial bar?                ☐  Yes       X☐  No

Are you appearing *pro hac vice*?                         X☐  Yes       ☐  No

If this case reaches trial, will you act as the trial attorney?    ☐  Yes       X☐  No

If this is a criminal case, check your status.    ☐    Retained Counsel

                                                  ☐    Appointed Counsel
                                                       If appointed counsel, are you a

                                                       ☐ Federal Defender

                                                       ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 15, 2026

Attorney signature:     S/ Jeanette M. Braun
                        (Use electronic signature if the appearance form is filed electronically.)
                                                            Revised  7/19/2023