## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| JEANETTE BRAUN, | ) | |
| BRAUN IP LAW, LLC & | ) | |
| LAUREN PROPSON, | ) | |
|  | ) | |
| Plaintiffs, | ) | Case No. 23 C 16856 |
|  | ) | |
| v. | ) | Hon. J. Mary Rowland |
|  | ) | |
| REBEKAH M. DAY NEE BOXX, | ) | Mag. J. M. David Weisman |
| KRISTA CARTER, | ) | |
| LILY MARSTON, & | ) | |
| JESSICA VAZQUEZ, | ) | |
|  | ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO STRIKE STATUS REPORT**

Defendants Rebekah M. Day and Lily Marston (together, the "Defendants") respond to Plaintiffs Jeanette Braun and Braun IP Law, LLC's (together, "Braun") Motion to Strike Defendants' Status Report [Dkt. # 123] ("Motion to Strike").

Braun's Motion to Strike represents to this Court that their revisions to the draft Status Report "were directed at removing argumentative language, accusations, and characterizations that were not appropriate for a status report and that did not reflect a neutral presentation of the issues before the Court." (Motion to Strike, p. 5.) *The record reflects otherwise*. Attached hereto as Exhibit A is a copy of Braun's email attaching her redline revisions to the draft Status Report provided by Defendants. As demonstrated in Exhibit A, Braun's revisions introduced extensive argumentative and accusatory narrative that was neither responsive to, nor appropriate for, the limited issues on which the Court requested a status report: (1) the status of Braun's counsel, and (2) any remaining discovery issues.

In particular, Braun's revisions included detailed allegations concerning the conduct of Ian Runkle, an individual who is not a party to this action, and whose alleged conduct bears no relevance to the matters before the Court. Defendants respectfully submit that such material is unnecessary and

1

improper in the context of a status report. Additionally, with respect to the remaining discovery issues, Braun did not merely revise Defendants' position, but instead *deleted it entirely* and substituted their own unilateral characterization. (*Id.*)

In light of Braun's inclusion of extraneous factual narrative and the parties' divergent positions regarding discovery, Defendants reasonably concluded that the most efficient and appropriate format for the Joint Status Report was to present each party's position in separate sections for the Court's consideration. Although Defendants did not edit or alter language Braun provided to Defendants in any way, Braun refused to agree to the filing of a Joint Status Report structured in that manner. Thus, Defendants proceeded to file a Status Report accurately reflecting their position.

Respectfully submitted,

April 16, 2026

*s/ Brandon J. Witkow*
Attorney for Defendants

Brandon J. Witkow [pro hac vice]
Cory A. Baskin
WITKOW | BASKIN
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
(818) 296-9508
bw@witkowlaw.com

*Attorneys for Defendants*

2

3

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was filed and served on all counsel of record noted below via the CM/ECF system of the United States District Court of the Northern District of Illinois.

Jeanette Braun
1600 W. Lake Street
Suite 103B
Addison, IL 60101
jmbraun@brauniplaw.com

Amy M. Doig
COZEN O'CONNOR
123 N. Wacker Dr., Suite 1800
Chicago, Illinois 60606
(312) 474-7900
adoig@cozen.com

Brandon J. Witkow
Cory A. Baskin
WITKOW | BASKIN
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
(818) 296-9508
bw@witkowlaw.com
cb@witkowlaw.com

Dated: April 16, 2026                    /s/ Brandon J. Witkow_____

3