**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| JEANETTE BRAUN, & BRAUN IP LAW, LLC | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 23 C 16856 |
| v. | ) ) | Hon. J. Mary Rowland |
| REBEKAH M. DAY NEE BOXX, & LILY MARSTON, Defendants. | ) ) ) ) | Mag. J. M. David Weisman |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME
TO FILE MOTIONS TO COMPEL**

Plaintiffs Jeanette Braun and Braun IP Law, LLC, by and through their counsel, respectfully move this Court for a brief extension of time to file any Motions to Compel, currently due April 22, 2026, as set by the Court's March 10, 2026 Order (Dkt. 117). In support of this Motion, Plaintiffs state as follows:

1.      On March 10, 2026, the Court set a deadline of April 22, 2026 for the parties to file any Motions to Compel, and ordered "By 4/22/26 Parties are also to file any motion to compel that details the outstanding discovery that remains in dispute following the meet and confer process."

2.      Plaintiffs are now proceeding without outside counsel and have been actively working to comply with the Court's Order and to evaluate the discovery issues in this matter.

3.      Since the Court's March 10, 2026 Order, Plaintiffs have been engaged in the process of seeking replacement counsel in this matter, as well as in other pending legal matters, and have faced challenges that were unforeseeable. Plaintiffs have devoted substantial time and effort to identifying and consulting with potential counsel and has

1

materially affected Plaintiffs' ability to meet the current deadline.

4.       In addition, Plaintiff Jeanette Braun has been recovering from a recent medical issue, which has further limited her ability to complete the necessary work within the existing timeframe.

5.       The discovery issues in the Defendants' responses are numerous. Plaintiffs are in the process of organizing and preparing a detailed written communication to Defendants' counsel identifying the specific deficiencies in discovery responses.

6.       Plaintiffs believe in good faith that completing this process and engaging in a meaningful meet and confer will significantly narrow the issues and may reduce or eliminate the need for Court intervention, thereby promoting judicial efficiency.

7.       Plaintiffs therefore seek an extension to allow sufficient time to complete this process and to engage in a meaningful meet and confer before filing any Motions to Compel.

8.       On April 21, 2026, at 12:12 a.m., Plaintiffs contacted Defendants' counsel via email to request consent to this extension. Defendants' counsel responded at 6:17 p.m. CT and stated he does not consent to this Motion.

9.       This request is made in good faith and not for purposes of delay. The requested extension will not prejudice Defendants and is intended to ensure that any motion practice presented to the Court is focused and efficient.

WHEREFORE, Plaintiffs respectfully request that the Court extend the April 22, 2026, deadline for filing Motions to Compel to a date the Court deems appropriate, and for such other and further relief as the Court finds just and proper.

[*signature on following page*]

3

Respectfully submitted,

April 21, 2026

*s/Jeanette M. Braun*
Attorney for Plaintiffs

Jeanette M. Braun [pro hac vice]
Braun IP Law, LLC
1600 W. Lake Street, Suite 103B
Addison, IL 60101
(312) 373-0330
docket@brauniplaw.com

*Attorneys for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the foregoing document was filed and served on all counsel of record noted below via the CM/ECF system of the United States District Court of the Northern District of Illinois.


Amy M. Doig
COZEN O'CONNOR
123 N. Wacker Dr., Suite 1800
Chicago, Illinois 60606
(312) 474-7900
adoig@cozen.com

Brandon J. Witkow
Cory A. Baskin
WITKOW│BASKIN
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
(818) 296-9508
bw@witkowlaw.com
cb@witkowlaw.com



Dated: April 21, 2026                    /s/ *Jeanette M. Braun*

4