**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| JEANETTE BRAUN,<br>BRAUN IP LAW, LLC &<br>LAUREN PROPSON, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 23 C 16856 |
| v. | ) ) | Hon. J. Mary Rowland |
| REBEKAH M. DAY NEE BOXX,<br>KRISTA CARTER,<br>LILY MARSTON, &<br>JESSICA VAZQUEZ, | ) ) ) ) ) | Mag. J. M. David Weisman |
| Defendants. | ) | |

## DEFENDANTS' NOTICE OF LODGING OF DISCOVERY RESPONSES

Pursuant to this Court's April 30, 2026 Order [Dkt. # 140], Defendants Rebekah M. Day and Lily Marston (together, the "Defendants") hereby lodge the following documents requested by the Court relevant to Plaintiffs' Motions to Compel [Dkt. #'s 135 & 136].

**Exhibit 1:** Defendant Lily Marston's Responses to Plaintiffs Jeannette Braun & Braun IP Law's Request for the Production of Documents [Set One], served on September 16, 2025.

**Exhibit 2:** Defendant Lily Marston's Amended Responses to Plaintiffs Jeannette Braun & Braun IP Law's Interrogatories [Set One], served on November 7, 2025.

**Exhibit 3:** Defendant Lily Marston's Responses to Plaintiffs Jeannette Braun & Braun IP Law's Request for Admissions [Set One], served on September 16, 2025.

**Exhibit 4:** Defendant Rebekah Day's Responses to Plaintiffs Jeannette Braun & Braun IP Law's Request for the Production of Documents [Set One], served on September 16, 2025.

**Exhibit 5:** Defendant Rebekah Day's Amended Responses to Plaintiffs Jeannette Braun & Braun IP Law's Interrogatories [Set One], served on November 7, 2025.

**Exhibit 6:** Defendant Rebekah Day's Responses to Plaintiffs Jeannette Braun & Braun

1

IP Law's Request for Admissions [Set One], served on September 16, 2025.

Respectfully submitted,

May 1, 2026

s/ Brandon J. Witkow
Attorney for Defendants

Brandon J. Witkow [pro hac vice]
Cory A. Baskin
WITKOW | BASKIN
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
(818) 296-9508
bw@witkowlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was filed and served on all counsel of record noted below via the CM/ECF system of the United States District Court of the Northern District of Illinois.

Jeanette Braun
1600 W. Lake Street
Suite 103B
Addison, IL 60101
jmbraun@brauniplaw.com

Dated: May 1, 2026                                        /s/ Brandon J. Witkow