**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jeanette Braun, et al.

                    Plaintiff,

v.                                                    Case No.: 1:23−cv−16856
                                                      Honorable Mary M. Rowland

Rebekah M Day, et al.

                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 7, 2026:

        MINUTE entry before the Honorable M. David Weisman: In person settlement conference held. All parties appeared. The parties made substantial progress towards a resolution of this matter, but final details need to clarified, and precise terms regarding non−monetary conditions need to finalized. Counsel is instructed to continue to discuss settlement through the exchange of settlement terms via email, and are ordered to include the Court in these exchanges at: Proposed_Order_Weisman#064;ilnd.uscourts.gov. Status hearing set for 7/13/26 at 10:00 a.m. to discuss the status of continued negotiations, and a timeline for finalizing the agreement. Parties may appear in person or dial in using the Court's conference call−in number. The conference call−in number is 1−855−244−8681 and the access code is 2316 422 1828##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The Court thanks counsel for their efforts at resolving this matter. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.