**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jeanette Braun, et al.

                Plaintiff,

v.

Rebekah M Day, et al.

                Defendant.

Case No.: 1:23–cv–16856
Honorable Mary M. Rowland

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 13, 2026:

      MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Court inquired about status of settlement. Plaintiff stated she received a comparison chart and not a draft settlement agreement; the parties had an email exchange last week about this issue. Defendant created a chart of Plaintiff's demands with Defendants' responses; Plaintiff contends her demands were revised based on discussions at the settlement conference and the that the chart does not accurately reflect the revised demands. Plaintiff is concerned that prior agreements between the parties now seem changed, i.e., Defendant Day is now not willing to take down the videos. Court was not looking for the chart that was provided by Defendants, rather Court was looking for a proposal from each Defendant as there likely will need to be two settlement agreements. Court indicated the chart appears to contain one set of terms for both Defendants. Defendants state they did not agree to two separate agreements. Plaintiff stated she can use the chart to indicate where she thought the parties left off at the end of the settlement agreement. Plaintiff has concerns that the parties are interpreting written terms differently. Court understood the monetary amounts and the issue regarding the videos were still undecided, as was wordsmithing. Parties to continue discussions on agreement on the terms and actual drafting of language. Status hearing set for 7/16/26 at noon. Parties shall agree on a neutral statement as to the resolution and the Court will resolve any dispute on such language. Plaintiff shall respond to the issues raised in the chart. Parties shall continue to copy the Court on their email exchanges. Parties may appear in person or dial in using the Court's conference call–in number. The conference call–in number is 1–855–244–8681 and the access code is 2316 422 1828##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The Court thanks counsel for their efforts at resolving this matter. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.