**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jeanette Braun, et al.

Plaintiff,

v.

Case No.: 1:23−cv−16856
Honorable Mary M. Rowland

Rebekah M Day, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 28, 2026:

MINUTE entry before the Honorable Mary M. Rowland: In light of the settlement, the court strikes the status report that was due 8/24/26. [164]. The Court also denies all pending motions without prejudice as moot [135, 136, 147, 151]. The court appreciates the parties' efforts to resolve this matter amicably. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.