**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JEANETTE BRAUN, & BRAUN IP LAW, LLC | ) | |
| Plaintiffs, | ) | Case No. 23 C 16856 |
| v. | ) | Hon. J. Mary Rowland |
| REBEKAH M. DAY NEE BOXX, & LILY MARSTON, | ) | Mag. J. M. David Weisman |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's August 26, 2026 Order [Dkt. # 168], Defendants Rebekah M. Day and Lily Marston (together, the "Defendants") and Plaintiffs Jeanette Braun and Braun IP Law, LLC (together, "Braun") hereby submit the following joint report Plaintiffs Jeanette M. Braun and Braun IP Law, LLC, and Defendants Rebekah M. Day and Lily Marston (collectively, the "Parties"), by and through their respective counsel, respectfully submit this Joint Status Report.

The Parties advise the Court that the Settlement and Release Agreement resolving the claims between the Parties has been fully executed.

The Parties anticipate they will file a Stipulation of Dismissal on or before September 30, 2026.

September 15, 2026

Respectfully submitted,

/s/Jeanette M. Braun
Attorney for Plaintiffs

Jeanette M. Braun [pro hac vice]
Braun IP Law, LLC
1600 W. Lake Street, Suite 103B
Addison, IL 60101
(312) 373-0330
docket@brauniplaw.com

s/ Brandon Witkow
Attorney for Defendants

Brandon J. Witkow [pro hac vice]
Cory A. Baskin
WITKOW | BASKIN
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
(818) 296-9508
bw@witkowlaw.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the foregoing document was filed and served on all counsel of record noted below via the CM/ECF system of the United States District Court of the Northern District of Illinois.

Jeanette M. Braun
Braun IP Law, LLC
1600 W. Lake Street
Suite 103B
Addison, IL 60101
docket@brauniplaw.com

Amy M. Doig
COZEN O'CONNOR
123 N. Wacker Dr., Suite 1800
Chicago, Illinois 60606
(312) 474-7900
adoig@cozen.com

Brandon J. Witkow
Cory A. Baskin
WITKOW | BASKIN
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
(818) 296-9508
bw@witkowlaw.com
cb@witkowlaw.com

Dated: September 15, 2026 /*s/* Jeanette M. Braun