**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JEANETTE BRAUN, & BRAUN IP LAW, LLC | ) | |
| Plaintiffs, | ) | Case No. 23 C 16856 |
| v. | ) | Hon. J. Mary Rowland |
| REBEKAH M. DAY NEE BOXX, & LILY MARSTON, | ) | Mag. J. M. David Weisman |
| Defendants. | ) | |

**ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**

Having reviewed the Parties' Stipulation for Dismissal of Action with Prejudice, and good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, with each Party to bear its own attorneys' fees and costs. For purposes of this dismissal, no Party is the "prevailing party" within the meaning of Fed. R. Civ. P. 54(d).

**IT IS SO ORDERED**.

Dated: September 21, 2026

Mary M Rowland

MARY M. ROWLAND
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the foregoing document was filed and served on all counsel of record noted below via the CM/ECF system of the United States District Court of the Northern District of Illinois.

Jeanette Braun
1600 W. Lake Street
Suite 103B
Addison, IL 60101
docket@brauniplaw.com

Dated: September 20, 2026 /*s/ Brandon J. Witkow*______________